NOTICE OF APPEARANCE IN A CRIMINAL CASE

# CLERK'S OFFICE
## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA
## WASHINGTON, D.C. 20001

UNITED STATES OF AMERICA

vs.                                          Criminal Number  21-88 (DLF)

Ronald Sandlin
_____(Defendant)_____

TO:   ANGELA CAESAR, CLERK

YOU ARE HEREBY NOTIFIED THAT I APPEAR FOR THE DEFENDANT INDICATED ABOVE IN THE ENTITLED ACTION.

I AM APPEARING IN THIS ACTION AS:   (Please check one)

[■] CJA        [ ] RETAINED        [ ] FEDERAL PUBLIC DEFENDER

_____
(Signature)

PLEASE PRINT THE FOLLOWING INFORMATION:

Jerry Ray Smith, Jr., D.C. Bar No. 448699
*(Attorney & Bar ID Number)*
Jerry Ray Smith, Jr., Attroney at Law
*(Firm Name)*
717 D Street, N.W., Suite 310
*(Street Address)*
Washington, DC 20004
*(City)    (State)    (Zip)*
(202) 347-6101
*(Telephone Number)*