## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | |
| v. : | Case No. 21-cr-088 (DLF) |
| : | |
| **RONALD SANDLIN,** : | |
| **Defendant.** : | |

## NOTICE OF FILING

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, and Special Assistant United States Attorney Jessica Arco hereby supplements the docket with the following attachments from a related proceeding in the District of Nevada: Commitment to Another District dated February 1, 2021; Waiver of Rule 5 & 5.1 Hearings dated February 1, 2021; and Order of Detention Pending Trial dated February 3, 2021.

Respectfully submitted,

CHANNING D. PHILLIPS
ACTING UNITED STATES ATTORNEY

_____/s/_____
Jessica Arco
Special Assistant United States Attorney
555 4th Street, NW
Washington, DC 20530