AO 466A (Rev. 12/09)  Waiver of Rule 5 & 5.1 Hearings (Complaint or Indictment)

# UNITED STATES DISTRICT COURT
for the

```
┌──────────────────────────────┐
│ ☐ FILED          ☐ RECEIVED  │
│ ☐ ENTERED        ☐ SERVED ON │
│         COUNSEL/PARTIES OF RECORD │
│   ┌──────────────────────┐   │
│   │     FEB - 1 2021      │   │
│   └──────────────────────┘   │
│     CLERK US DISTRICT COURT  │
│       DISTRICT OF NEVADA     │
│  BY:_____ DEPUTY │
└──────────────────────────────┘
```

|  |  |  |
|---|---|---|
| United States of America | ) | |
| v. | ) | Case No. 2:21 - mj - 00110 - DJA |
| RONALD  L.  SANDLIN | ) | |
| _____ | ) | Charging District's Case No. |
| *Defendant* | ) | |

## WAIVER OF RULE 5 & 5.1 HEARINGS
### (Complaint or Indictment)

I understand that I have been charged in another district, the *(name of other court)*  U.S. Dist. Ct. D.C.

I have been informed of the charges and of my rights to:

(1)     retain counsel or request the assignment of counsel if I am unable to retain counsel;

(2)     an identity hearing to determine whether I am the person named in the charges;

(3)     production of the warrant, a certified copy of the warrant, or a reliable electronic copy of either;

(4)     a preliminary hearing within 14 days of my first appearance if I am in custody and 21 days otherwise —
unless I am indicted — to determine whether there is probable cause to believe that an offense has
been committed;

(5)     a hearing on any motion by the government for detention;

(6)     request transfer of the proceedings to this district under Fed. R. Crim. P. 20, to plead guilty.

I agree to waive my right(s) to:

☒     an identity hearing and production of the warrant.

☒     a preliminary hearing.

☐     a detention hearing.

☐     an identity hearing, production of the warrant, and any preliminary or detention hearing to which I may
be entitled in this district.  I request that those hearings be held in the prosecuting district, at a time set
by that court.

I consent to the issuance of an order requiring my appearance in the prosecuting district where the charges are
pending against me.

Date:  2/1/21                                   Ronald L. Sandlin
                                            _____
                                                  *Defendant's signature*
                                            signed pursuant to G.O. 2020-05
                                            Russell E. Marsh
                                            _____
                                                  *Signature of defendant's attorney*

                                            RUSSELL E. MARSH
                                            _____
                                                  *Printed name of defendant's attorney*