# ATTACHMENT
## Letters of Support



**From:**
**To:** jerryraysmith@verizon.net,
**Subject:** Ronald Sandlin
**Date:** Wed, Mar 17, 2021 2:52 pm

To the Honorable Judge,

This letter is to serve as a character witness of Ronald Sandlin by a friend of his.

I would like to start out by saying that I think what happened that day was absolutely atrocious. Not only do I not support the previous President, but I abhor the actions and mentality espoused by his followers.

That said, outside of his support for the former President, my knowledge of Ronnie has always been of a person who motivates and encourages others.

Before he began supporting the former president Ronnie set up a bicycle training program that taught youth how to build bikes from scratch and gave them the ability to earn money building and repairing bikes.

He did this by building close relationships within the community and eventually got the support of the County of Los Angeles. The location for the bicycle hub was in a low-income area where many of the youth lack after school programs or even nearby parks. This type of programming brought positive socialization to the community and developed skills for self-sufficiency.

Before I met Ronnie I was 22 years old and did not yet know how to ride a bicycle. He helped teach me and motivate me and the bicycle is now one of my main forms of transportation.

Despite my criticism of his political leanings, Ronnie is a person of compassion who very much cares about the well-being of animals, about social uplift and creating prosperous communities of sharing.

I believe that the former President created an environment that led to unhealthy mindsets and destructive behavior in many of his supporters. I ask that the court not lean to heavy prison time but instead to community service. I do not believe that incarceration will aid in his personal character development as much as service to the community.

President Trump displays characteristics of narcissism and he brought out the narcissistic tendencies of many of his followers I believe the best benefit to society will not be in locking up his supporters in crowded prisons, but forcing them to serve the community and be of service to others.

I have seen Ronnie volunteer in this capacity and he has done great things to better the community.

Despite my disdain for his politics I will happily write this letter of support as he has been someone who has demonstrated compassion, empathy and appreciation for community.

I ask that the court sentence him to long hours of community service where he can benefit society more than being behind bars.

If there is the potential for him to serve years in prison, I ask that the court sentence him instead of years of community service. This is where he will be the greatest benefit to society and where he can truly learn lessons of humility, compassion and service of to others.

Thank you,
Elliott G
Community Advocate

**From:** ~~[redacted]~~
**To:** jerryraysmith@verizon.net,
**Subject:** Ronald Sandlin
**Date:** Fri, Mar 12, 2021 3:49 pm

Leigh Anne S

To Whom it may concern,

I am a retired parochial school teacher and I am mom to Ronald Sandlin. My husband and I adopted Ron at the age of 4. He has always been a very loving, loyal, respectful person. He was very active in the boy scouts from age 6-16. He was always very smart and began taking college level computer classes while still in high school. He is very well read. He loves books and learning new things. As a young adult he founded Pedal Movement, a non profit organization that provided bikes for less fortunate people as well as provide them bike education. This organization has grown and is still in business. He also started a business to teach others how to market their on line businesses. He has also worked closely with the animal shelters in Long Beach and has rescued many dogs.

Ronnie is passionate about many things. He loves life and makes friends easily. He has never been in trouble before this incident and it has been very out of character for him. He is not a violent person and has not associated with people who are.

Ronnie moved to our family farm in Tn when his grandfather became very ill and he wanted to be here to help. Since his grandfather passed away he had planned to return to Las Vegas to live.

We fully support Ronald and hope that he will be released and return home.

Leigh Anne S
Sent from my iPhone

**From:** 
**To:** Jerryraysmith@verizon.net,
**Subject:** Character Reference for Ron Sandlin
**Date:** Sat, Mar 20, 2021 5:57 pm

Nova S

To Whom it may concern,

My name is Nova S          . I am a preschool teacher and mom of four children. I have known Ronnie since he was 5 years old. We grew up together in California. As we got older we didn't see each other often except on vacations, but we have kept in contact over the past few years through Facebook. We were able to spend some time together this past October. Ronnie has always been a very smart, kind, caring person. He has done a lot of work in his community from feeding the homeless in Las Vegas, working to make sure bikes were available for those who needed transportation in Long Beach, and working with animal shelter rescues in both Long Beach and Las Vegas. I have never known Ronnie to be violent or be in any trouble.
Ronnie has always shown good moral conduct. It is my sincere hope that you will take this letter into consideration and that he will be able to await his trial at home with his family and his dogs.

Sincerely,

Nova S

Sent from Yahoo Mail on Android

**From:**
**To:** Jerryraysmith@verizon.net,
**Subject:** Ronnie Sandlin
**Date:** Wed, Mar 10, 2021 8:44 pm

To whom it may concern,

Though I do not condone any of his recent actions, I am here to give witness that Ronnie Sandlin is a good person with an incredible track record of helping fellow friends, entrepreneurs and business owners in his local community and abroad. I've counted him as one of my best friends for over a decade now.

Our friendship began when I was struggling through my own hardships and he took me in, a complete stranger, when I had no place to go. We shared a mutual interest in marketing and a passion for people. Ronnie has always been the kind of person to share what he has whether its shelter, food or advice on how to grow your business. He's a mentor to many people who have counted on his consulting and knowledge to grow their business and achieve record breaking revenue goals and financial security.

He was raised by two wonderful parents that adopted him and instilled a great sense of self and has proved a great benefit to him and the many people that consider themselves fortunate for knowing him. It breaks my heart to see him in solitary confinement considering he's never been convicted of anything in his life before. I know he is very remorseful and hope the court may consider his contributions as a whole and not define his life by this single moment.

Respectfully,

Rob R
President of Sales & Business Development



**From:**
**To:** Jerryraysmith@verizon.net,
**Subject:** Ronnie Sandlin
**Date:** Sat, Mar 20, 2021 2:50 pm

To whom is may concern,

I have known Ronnie Sandlin for a number of years. And in those years I have known him to be soft hearted, kind, and generous. Among his peers he is known for his love of animals. He is also known to have such a heart for animals he often used his following on social media to encourage future dog owners to adopt from a pound or shelter. Ronnie has always been one to help others financially in the past in ways most would not. I've seen him front the cost of apartments for his past team members because he believed in them. I have never scene him violent or act in a way to threaten others I've only seen him search for peace.

Sincerely,

Wade G

Sent from my iPhone

RE: Ronald Sandlin Character Reference Letter

To whom it may concern:

This letter is regarding Ronald "Ronnie" Sandlin. I first met Ronnie back in 2008 through a mutual friend, however, it wasn't until 2014 where we became very good friends. From the first day I met Ronnie, he has always been kind, generous and respectful towards me and everyone else around us.

Ronnie has always helped me during my tough times and even helped me get the job I have had over the past 3 and a half years. He has never asked for anything in return.

He is kind hearted person with an entrepreneurial spirit and loves to see and help people succeed.

I have never seen him be violent and/or disrespectful to anyone regardless of their gender, race, class, political, religious, or sexual orientation.

I hope you will take this in consideration.

Thank you.

*[signature]*

Pasha H

**From:**
**To:** Jerryraysmith@verizon.net,
**Subject:** Fwd: Character reference letter for Ronald Sandlin
**Date:** Mon, Mar 15, 2021 8:34 pm

---------- Forwarded message ---------
From: **Darlene M**
Date: Fri, Mar 12, 2021, 9:21 AM
Subject: Character reference letter for Ronald Sandlin
To: <Jerryrayssmith@verizon.net>

I am writing on behalf of Ronald Sandlin. I have known Ronald for over the past 15 years. I was introduced to Ronald through his mother Leighanne Dearen Sandlin who I personal trained along with her son Ronald.

During our time training, I found that Ronald and I shared the same passion for animals. Especially dogs! I have volunteered for many years in animal rescue. Ronald was always willing to help and support me wherever needed for the better of the dogs and owners. He has been nothing but dependable, caring, trustworthy and loving.

It's without a doubt if someone needed his assistance or guidance, he would be there to accommodate them.

Please feel free to contact me if you have any questions or concerns.


Sincerely,


Darlene M

From:
To: jerryraysmith@verizon.net,
Subject: Ronald Sandlin
Date: Wed, Mar 17, 2021 6:53 pm

To Whom It May Concern:
Ronnie Sandlin has been a friend of mine for about 5 years.
We met through a mutual friend in the advertising space in Las Vegas.
Over the years I have known Ronnie to be a good guy. He is smart, helps other people out, and overall a well-rounded and good member of society.
I was very surprised (and saddened) when I heard that Ronnie was involved in the Capital building protests.
I think Ronnie, like thousands, if not millions, of other Americans got very caught up in politics with the Trump-Biden 2020 election. He clearly let his emotions take over his actions and made some bad choices.
I do believe Ronnie is a good member of society. I also do not think he should be jailed for the mistakes he made that day. Probation, yes, but I think jail may be too extreme.
Ronnie is not the type of person to be aggressive, violent, or cause harm to anyone.
I kindly ask that you make an exception in the case of Ronald Sandlin. I hope he is not going to jail over his poor decision to get involved in politics that day.
Warm regards,
Jordan H
Wednesday, March 17, 2021


Sent from my iPhone

**From:**
**To:** Jerryraysmith@verizon.net,
**Subject:** Ronald Sandlin Letter
**Date:** Fri, Mar 19, 2021 2:30 pm

Your Honor,

I am writing to ask for leniency on my friend, Ronnie Sandlin.

Ronnie is a very generous man with a big heart. While I haven't seen Ronnie in several years, the time that I have known him, he has been a very thoughtful and compassionate person. He is one of the biggest animal lovers I've known.

He has a thoughtful and caring family that loves him deeply and has adopted him and they need his help during these rough times in the world.

I do not support the actions of what occurred at the Capitol whatsoever but that's not the Ronnie I knew, and I'm sure he is regretful about all of this.

I don't know really what else to say, but please show mercy on him. I worry for his mom.

Best,
Dan H

Name: Michael Lauchlan
Address:

Date: March 12th, 2021

Dear Sir/Madam,

I have been friends with Ronald Sandlin for over 7 years. During that time I have also done business with Sandlin many times. I am a fellow entrepreneur and business owner in Nevada. We have both been there for each other through the highs and lows of entrepreneurship, and therefore I believe that I know Sandlin very well on a personal, professional, and mental level.

Sandlin is an innovative and talented businessman. If you ask anyone that knows Sandlin how to describe him they will tell you he's an entrepreneur, albeit an eccentric one. He really embodies what it means to be an entrepreneur in America during the new tech economy. He was adopted from Mexico, dropped out of college, and built a million dollar internet business while still in his twenties. Sandlin has also been invited to speak at many events as an inspiration to entrepreneurs, especially minority entrepreneurs who see his self-made success.

I never thought I would be writing a letter like this for Sandlin. I mean, why would anyone with such a background find themselves in this particular situation? We'll, with these highpoints also come some recent low points worth mentioning. Like many people right now, Sandlin's business was recently devastated by Covid19 and his life was turned upside down. In the same year his fiancee also broke off their engagement. Of course there are many people in worse situations, but it was still a remarkable fall from grace for Sandlin that certainly took its toll on the man.

I would never label Sandlin as a political activist or an extremist. He's a moderate. In DC he wanted to show support for the president and Live Stream the protests on video for his podcast, but I believe that that is as far as he intended things to go. Again I have never known Sandlin to be an extremist or a violent person on any level whatsoever. He is also proud to be an American immigrant and I know that he has a healthy sense of patriotism for the USA.

I have had a few in-depth conversations with Sandlin after the events in DC so I can confidently tell you exactly where his mindset is at right now: He is completely done with politics, he is not a threat to anyone, and he is thinking very clearly. I believe his priorities are in the right place and that he has the potential and drive to be a hugely productive member of society again (like he was just a short time ago). Right now he has the talent, focus, and support network needed to get back on the right track very quickly if given the chance. I hope he is given that chance.


Sincerely,

X _____
Michael L

Barbara S



March 12, 2021

Re: Ronald Sandlin 376783

To whom it may concern:

My name is Barbara Sandlin. I am a retired schoolteacher. I am Ronnie's paternal grandmother and have known him since he was adopted shortly before his fifth birthday. He has always been a kind hearted person and has rescued many animals that were injured and abandoned.

He was co-founder of Pedal Movement, a bike repair program that provides bikes for the homeless and children in a low income area of Long Beach. In addition to transportation, people are able to learn new skills repairing the bikes. He spent many hours volunteering in this nonprofit organization that is still in operation.

Ronnie is respectful, loving, and loyal. When my husband was ill with cancer, he drove several hours each weekend to help. He went home to Tennessee to take care of his dying maternal grandfather and cared for him night and day.

He recently broke up from a long relationship and was in a depressed state of mind. Our entire family was shocked to hear that Ronnie was involved in this situation. He does not have any criminal record and has not been involved in anything of this sort. This is inconsistent with Ronnie's nature. Our entire family loves Ronnie and will continue to support him.

Sincerely,

Barbara S

March 10, 2021

To Whom It May Concern:

This is a character reference for Ronald Sandlin. I have known Ronnie for over 10 years. He is a very intelligent and charismatic man, but also deeply emotional. The Ronnie I saw on TV was not the one I have known for all of these years and does not reflect him truly as a person. While I do not support the actions he took, I think he has a much greater value to society as a participant in it rather than behind bars.

Ronnie was adopted twice as a young child. Even though he was raised by a great family it is a pain that he carries with him of being unwanted. I think it has impacted a lot of his life decisions as he has felt that no one was there to support him and he constantly had to prove his worth.

Ronnie has done some amazing things for the community. In long Beach he helped to change a City law about bicycle ownership that was being used to unfairly stop cyclists. He started a bike non-profit and looked to give back and support the community through one of his passions.

Ronnie is a kind soul. I've received letters from him during this period and the pain he is experiencing is tremendous.

This is a character reference for Ronnie, and he has an outstanding one even though it seems to have been clouded lately.

Thank you for the consideration,

Sincerely,

Sabrina F

**From:**
**To:** jerryraysmith@verizon.net,
**Subject:** Re: Letter - Invitation to edit
**Date:** Mon, Mar 15, 2021 11:44 pm

**Nathali F**



10 March, 2021

To whom it may concern,

I am Nathali Flores, 36 years old mother and Veteran of the United States of America. I am writing on behalf of Ronald Sadlin. I have known Ronald since 2018. I met him through my boyfriend who worked with him to build his home studio.

Ronald and his girlfriend at the time and I became pretty close. Ronald is more of a homebody so my boyfriend and I went over to their place for dinner a few times. We always had good conversations about politics, business and life. He is truly a positive smart man. He has been through a lot in his life which has made him want to always be successful and friendly.

I am a friend who would have lunch with him frequently and can truly say that his bad decision making on Feb 6th is not like him. He is someone who only wants to do well in life. He is one man I know who wants that dream house with a dream family. I never heard him talking about any time of revolt nor did he ever try to change my political views. We spoke about future business possibilities and such things. I worked for the Bernie Sanders Campaign which allowed us to have great conversations. It hurts my heart to know that he could be sentenced to time in Jail because of a heat of the moment decision.

I sincerely hope the court takes this letter into consideration at the time of sentencing. Despite the current case, I do believe Ronald Sadlin to be an honorable individual and a good human being.

Sincerely,

*Nathali F*

**Nathali F**

On Thu, Mar 11, 2021 at 8:14 AM Jerry Smith <jerryraysmith@verizon.net> wrote:
> Nathali,
>
> Thanks for your letter of recommendation for Ronnie Sandlin. Unfortunately, I haven't been able to open the document. I'm not great with technology. Could I trouble you to resend the letter just as a .pdf or .docx attachment to an e-mail?

From: ▮
To: Jerryraysmith@verizon.net,
Cc: ▮
Subject: The Truth About Ronnie Sandlin
Date: Thu, Mar 18, 2021 10:37 am
Attachments: FACEBOOK POST OF ME THANKING RONNIE FOR THE GLASSES HE GAME ME.png (473K), Hand written note .png (549K)

To whom it may concern,

My name is Gerard De▮  I am from the USA but I currently live in▮ I am 50 years old and have been in online internet marketing for 18 years.

I am taking the time to share my relationship with Ronnie Sandlin and tell just one of the stories regarding Ronnie and the kind of person that he is.

To begin, Ronnie and I met online years ago on Facebook as we are both in online marketing. We actually never met in person as I am located in Bangkok Thailand and he is in the USA. We had several mutual internet friends that all said nothing but great things about him. He is well known and liked in the industry and loves helping online marketers grow their businesses.

We began chatting online and have done multiple videos since we met . But before we actually did any videos and when I barely knew him he did something completely out of the ordinary and unexpected. I need to share with you that unfortunately like in every business there are a lot of people in online marketing that have zero respect, honor or integrity. I personally have been taken in my 18 years by over a dozen people in different ventures.

So I was on Facebook and Ronnie posted a picture of an internet business dinner he was at in Las Vegas with several other top internet marketers and I messaged him and complimented him on the glasses he was wearing and he asked me for my address and said he would ship an extra pair to me. Please understand that at this point we never met in person and we never had done any business and we barely knew each other. He had zero reasons to follow up in what he said other than he is simply a man of his word and has honor and respect. He had to spend over $100 to ship them plus the cost of the frames which were very expensive. I was completely taken back when the glasses arrived in the coming days and he even took the time for a handwritten note.

I have attached a screenshot to the post I made and I have attached a screenshot of the handwritten note he included as well in this email and a screenshot of the handwritten letter he wrote .

Here is a **Link to my Post about the glasses he shipped to me in Bangkok Thailand**



Here is a **Link to the image of the handwritten note he send with the glasses he shipped to me**

After he sent the glasses, it more than confirmed he was the great person that everyone said he was. Over the years we strengthened our friendship and alway brainstormed on business ideas and just became friends. Ronnie was just kind to everyone and wanted to help people.

I will also be Ronnies friend as he is one of the true humans left on earth that understands respect and honor. When his situation comes to a conclusion I will be here for him and would love to partner with him on any of my online ventures and help him in any way possible as the earth needs him free to help people.

Respectfully

Gerard

--

Gerard A. D

2 Attached Images




From:
To: Jerryraysmith@verizon.net,
Subject: Ronald Sandlin
Date: Thu, Mar 11, 2021 11:22 pm

To whom it may concern~

I am writing to you about Ronald Sandlin. I have known Ronnie since he was first adopted by Leigh Anne & Steve Sandlin. I have known Leigh Anne and Steve for 30 plus years. Leigh Anne and I worked at a small Lutheran school in South Gate, California. This little boy was very much wanted and loved by his parents, grandparents, and other family members. He was truly a blessing to his parents and a dream come true. He grew up in a very stable, and loving Christian home. His mother a teacher and his father an Engineer. He attended Lutheran schools during his elementary and junior high years. His parents have always been involved in their church, and have been good role models.

Ronald was a very happy and stable young man growing up. His parents were very involved in his life and making sure he was well taken care of. Ron loves animals especially dogs. He owns two dogs of his own. He has been a great dog dad and very responsible.

I can not speak about Ron's adult life since I have not seen him in a while, but I can tell you that he had a wonderful childhood. Leigh Anne and I communicate on a daily basis, and the usual topic of conversation is our children and grandchildren.

When I learned about what had happened I was completely in shock since this is so out of character for Ron. I know that his parents are very distraught over this whole situation. They have been model parents, and have given Ron a great deal of love and support. They continue to love and support their son through these trying times.

I truly believe that Ron is capable with the right guidance of getting past this whole ordeal and becoming a good citizen in our community.

I am praying for him and his family during this very difficult time.

Best regards,

Anaelisa C