# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** )( | |
| )( | **Criminal No. 21-88 (DLF)** |
| v. )( | **Judge Friedrich** |
| )( | **Bond Hearing: March 25, 2021** |
| **RONALD SANDLIN** )( | |

## ORDER

The Court having considered defendant Ronald Sandlin's Unopposed Motion to Continue Bond Hearing, it is, this ___ day of _____, 2021, hereby

**ORDERED** that the motion is granted, and it is further

**ORDERED** that the bond hearing will be held on April 6, 2021 at 12:30 p.m.

**SO ORDERED**.

_____
Dabney L. Friedrich
District Judge