UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | |
| v. : | |
| : | Case Number 21-cr-88-DLF |
| **RONALD SANDLIN,** : | |
| : | |
| **Defendant.** : | |

## ORDER

This matter comes before the Court pursuant to a motion of the United States to seal three proposed video exhibits in support of its opposition to the defendant's motion for bond. Counsel for the defendant has indicated that he does not oppose the government's motion.

The Court finds that because there are reasonable grounds to believe that the disclosure of such materials could jeopardize national security, the United States has established a compelling governmental interest to justify the requested sealing. It is therefore

**ORDERED** that the government's motion to seal is hereby **GRANTED**, and that the proposed video exhibits are sealed until further Order of this Court. Notwithstanding the sealing, the government may disclose the materials in furtherance of its law enforcement and prosecution needs and discovery obligations.

Dated: April 1, 2021

_____
DABNEY L. FRIEDRICH
United States District Judge
District of Columbia

cc:   Jessica Arco
      U.S. Attorney's Office for the District of Columbia

555 Fourth Street NW, Fourth Floor
Washington, DC 20530

Jerry Ray Smith, Jr.
717 D Street NW, Suite 400
Washington, DC 20004