# REDACTED ATTACHMENT



I'm organizing a caravan of patriots who are going to Washington D.C. to stand behind our president Donald J. Trump.

I posted about this last week and a got almost a dozen messages from people asking how they can help or expressing their wish to participate somehow.... See More

GOFUNDME.COM
Patriots Defending Our Country On Jan 6th, organized by Ronnie Sandlin
"The only thing necessary for the triumph of evil is for good men to do noth... Ronnie Sandlin ...

22        2 Comments 1 Share

Like          Share

Nate DeGrave
It's time the american people rise and stand up for this country. We're tired of the corruption.
Like · 4w      2

*Figure 5*

**Body**
I bought my ticket

**Author** Josiah Colt (Facebook: 100005928300442)
**Sent** 2020-12-31 03:21:48 UTC
**Body** It's on boys

**Author** Ronnie Sandlin (Facebook: 100000088276565)
**Sent** 2020-12-31 03:50:22 UTC
**Body** Ronnie: 🫰🫰
**Attachments** sticker (369239263222822)
**Type** image/png
**Size**
**URL** https://interncache-frc.fbcdn.net/v/t39.1997-6/3
9178562_1505197616293642_54113442810948
48512_n.png?ccb=3&_nc_sid=0572db&efg=eyJ
1cmxnZW4iOiJwaHBfdXJsZ2V2VuX2NsaWVudC9lbn
RpdHkvc3RpY2tlcnMifQ%3D%3D&_nc_ad=z-m&
_nc_cid=0&_nc_ht=interncache-frc&oh=c7888f6
c3ce0febe5c99e52215bdf15a&oe=604B0C8B



**Photo ID** 369239263222822

**Author** Nate DeGrave (Facebook: 100023579536609)
**Sent** 2020-12-31 03:52:49 UTC
**Body** workng on the airbnb and the shopping list

**Author** Josiah Colt (Facebook: 100005928300442)
**Sent** 2020-12-31 03:52:57 UTC
**Body** Noice

**Author** Ronnie Sandlin (Facebook: 100000088276565)
**Sent** 2020-12-31 03:52:57 UTC
**Body** Excellent

**Author** Nate DeGrave (Facebook: 100023579536609)
**Sent** 2020-12-31 03:53:05 UTC
**Body** Im looking at a 100w laser the thing can instantly burn paper

**Author** Ronnie Sandlin (Facebook: 100000088276565)
**Sent** 2020-12-31 03:53:49 UTC
**Body** That's some antifa shit lol

**Author** Nate DeGrave (Facebook: 100023579536609)
**Sent** 2020-12-31 03:54:01 UTC
**Body** it actually needs a key to turn on

**Author** Ronnie Sandlin (Facebook: 100000088276565)
**Sent** 2020-12-31 03:54:18 UTC
**Body** Shit I'm going to get a boomerang 🤣🤣

**Author** Nate DeGrave (Facebook: 100023579536609)
**Sent** 2020-12-31 03:54:44 UTC
**Body** Do it haha

**Author** Ronnie Sandlin (Facebook: 100000088276565)
**Sent** 2020-12-31 03:55:08 UTC
**Body** Ronnie sent a photo.
**Attachments** image-139019167890692 (139019167890692)
**Type** image/jpeg
**Size** 39761
**URL** https://interncache-frc.fbcdn.net/v/t1.15752-9/1
34549187_139019171224025_50473561449524
18159_n.jpg?ccb=3&_nc_sid=73a6a0&efg=eyJ1
cmxnZW4iOiJwaHBfdXJsZ2VuX2NsaWVudC9pbW
9nZW46RFlJTWVkaWFFVdGIscyJ9&_nc_ad=z-m&_
nc_cid=0&_nc_ht=interncache-frc&oh=c4fea23f
2f2c87d0c408c3ae13ed6923&oe=6048A702



**Photo ID** 139019167890692

**Author** Ronnie Sandlin (Facebook: 100000088276565)
**Sent** 2020-12-31 03:55:35 UTC
**Body** Cold steel boomerang boys

**Author** Nate DeGrave (Facebook: 100023579536609)
**Sent** 2020-12-31 03:56:36 UTC
**Body** haha thats dope af we're going in like the justice league

**Author** Ronnie Sandlin (Facebook: 100000088276565)
**Sent** 2020-12-31 03:56:39 UTC
**Body** https://www.ebay.com/itm/Self-defense-Anti-riot-Armor-Suit-Securit
y-Body-Anti-Puncture-Clothes-
Suit-/114516940885?_trksid=p2349624.m46890.l49292
**Share** **Date Created** 2020-12-31 03:56:39 UTC
**Summary** The anti-riot suit is practical and convenient to
wear, flexible in rotation, excellent in
appearance, reasonable in connection structure
design, and neatly worn in 2 minutes, which is
obviously superior to the technical indicators of
conventional riot suits.

**Photo ID**

1177321672684152

**Author** Ronnie Sandlin (Facebook: 100000088276565)
**Sent** 2020-12-31 17:11:58 UTC
**Body** I just bought this

**Author** Ronnie Sandlin (Facebook: 100000088276565)
**Sent** 2020-12-31 17:28:32 UTC
**Body** Reapr 11003 44 Inch Survival Spear, Black, Tactical Survival
Spear/Martial Arts Weapon, Fiberglass Staff & Precision Cut
Stainless Steel Blade, Hunting or Survival Spear https://www.amazo
n.com/dp/B07B1WRBGG/ref=cm_sw_r_cp_api_glc_fabc_qOG7FbW0
06JPR
**Share** **Date Created** 2020-12-31 17:28:19 UTC
**Title** www.amazon.com
**Url** https://www.amazon.com/dp/B07B1WRBGG/ref=
cm_sw_r_cp_api_glc_fabc_qOG7FbW006JPR

**Author** Ronnie Sandlin (Facebook: 100000088276565)
**Sent** 2020-12-31 17:28:43 UTC
**Body** Damn son

**Author** Josiah Colt (Facebook: 100005928300442)
**Sent** 2020-12-31 17:41:25 UTC
**Body** Yo you see my comments

**Author** Ronnie Sandlin (Facebook: 100000088276565)
**Sent** 2020-12-31 17:41:35 UTC
**Body** Where?

**Author** Josiah Colt (Facebook: 100005928300442)
**Sent** 2020-12-31 17:42:19 UTC
**Body** On my GoFundMe post

**Author** Ronnie Sandlin (Facebook: 100000088276565)
**Sent** 2020-12-31 17:42:44 UTC
**Body** No

**Author** Josiah Colt (Facebook: 100005928300442)
**Sent** 2020-12-31 18:52:22 UTC
**Body** You sent a photo.
**Attachments** image-332010494485930 (332010494485930)
**Type** image/jpeg
**Size** 4257435
**URL** https://interncache-frc.fbcdn.net/v/t1.15752-9/p
843x403/133823382_332010497819263_39080
78316575052649_n.png?ccb=3&_nc_sid=73a6a
0&efg=eyJ1cmxnZW4iOiJwaHBfdXJsZ2VuX2Nsa
WVudC9pbW9nZW46RflJTWVkaWFVdGlscyJ9&_n
c_ad=z-m&_nc_cid=0&_nc_ht=interncache-frc&
_nc_tp=30&oh=7257a12d34e64b58157959473



7:17 📶 15%

**amazon** prime

Deliver to Nathan - Las Vegas 89169 ∨

mountain conqueror 3pcs Breathable
Washable Fashione Glitter Face Mask fo...
$15.99 ✓prime
Sponsored

**Purchased on December 31, 2020.**

Mask+Helmet Black

View order details

Brand: JFFCESTORE                    ⭐⭐⭐⭐½  303
JFFCESTORE Tactical Mask and Fast Helmet,Protective Full
Face Clear Goggle Skull mask Dual Mode Wearing Design
Adjustable Strap One Size fits All



● ○ ○ ○ ○ ○ ○

 

5 Colors:
**Mask+Helmet Black**                          >

$69⁹⁶

✓prime & FREE Returns

FREE delivery: **Monday, Jan 4**
Order within 4 hrs and 42 mins Details



**Body**
    You landing soon ▮▮▮▮▮

**Author** ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
**Sent** 2021-01-05 12:38:29 UTC
**Body** I just landed

**Author** ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
**Sent** 2021-01-05 12:38:32 UTC
**Body** ▯▯▯▯

**Author** Ronnie Sandlin (Facebook: 100000088276565)
**Sent** 2021-01-05 12:39:05 UTC
**Body** You're at Reagan?

**Author** ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
**Sent** 2021-01-05 12:40:00 UTC
**Body** Yeah the plane just touched down a min ago I'm waiting to leave;
the airline has this new co vid aisle protocol so it's like one row at a
time

**Author** Ronnie Sandlin (Facebook: 100000088276565)
**Sent** 2021-01-05 12:40:18 UTC
**Body** Ok we are 5 hours away so just post up

**Author** Ronnie Sandlin (Facebook: 100000088276565)
**Sent** 2021-01-05 13:40:09 UTC
**Body** What's your phone number ▮▮▮▮ ?

**Author** ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
**Sent** 2021-01-05 13:43:00 UTC
**Body** ▮▮▮▮▮▮▮▮▮▮▮▮

**Author** Nate DeGrave (Facebook: 100023579536609)
**Sent** 2021-01-05 16:17:13 UTC
**Body** https://www.facebook.com/323687904910208/posts/48176751243
5579/
**Share**    **Date Created** 2021-01-05 16:17:12 UTC
           **Title** Status Update
            **Url** https://www.facebook.com/alphapickup/posts/48
1767512435579

**Author** Ronnie Sandlin (Facebook: 100000088276565)
**Sent** 2021-01-05 16:39:53 UTC
**Body** Hour away ▮▮▮▮

**Author** Nate DeGrave (Facebook: 100023579536609)
**Sent** 2021-01-05 17:09:24 UTC
**Body** Nate sent a photo.
**Attachments** image-392162228737396 (392162228737396)
          **Type** image/jpeg
          **Size** 478294
           **URL** https://interncache-frc.fbcdn.net/v/t1.15752-9/p
843x403/136455201_392162235404062_53137
6310803840992 2_n.jpg?ccb=3&_nc_sid=73a6a
0&efg=eyJ1cmxnZW4iOiJwaHBfdXJsZ2VuX2Nsa
WVudC9pbW9nZW46RFlJTWVkaWFVdGlscyJ9&_n
c_ad=z-m&_nc_cid=0&_nc_ht=interncache-frc&t

p=6&oh=39b6f31fa33acc4456da5dcc935658f7
&oe=604A5E33



**Photo ID** 392162228737396

**Author**
**Sent**
**Body** Gimme a pin point, where can I meet you and an eta when you're like.. 10 min. away? having to deal w stopping in an airport is crazy

**Author** Ronnie Sandlin (Facebook: 100000088276565)
**Sent** 2021-01-05 17:20:05 UTC
**Body** 30 min away



9

James W███████

███████████████████

███████████████████

To The Honorable Judge,

It is with sadness that I have to write this letter about Ronald Lawrence Sandlin. I have known him for years and he has always had a caring heart. ████████████████████ ████████████████████ ██████████████████



████████████████ He had a sense of caring. He wanted to explore his roots. He wanted to belong. It was from this point on that I began to get to know Ronnie as an adult. From that point I could see he was always passionate about things he took interest in. He was either 100% in or 100% out. He never did anything half heartedly. At the time of being a young adult he took a great interest in computers and would work very hard to build computers for people. He wanted to make an honest living and help people with their problems. Ronnie liked being helpful.

At an older age Ronnie began to take interest in helping people in his community in bigger agendas. I remember he used to very passionately advocate for cyclist rights in the city of Long Beach, California. He wanted people to have access to clean transportation and be able to safely use their clean method of transportation in order to help the environment as well as help people live their lives on a daily basis. He went above and beyond going to city council meetings, going to schools to share cycling safety with children, and took the time to start a bicycle repair shop to help people with their equipment in which they used as a method of getting to and from work in order to keep their livelihoods going. This is the passion that I'm talking about in regards to Ronnie. He has deep passions for things and can really go above and beyond to care.

Another great passion he takes pride in is helping abused and orphaned animals, mainly dogs find new homes and get the proper medical attention that they desperately need. When Ronnie was running his digital marketing business he had plenty of money to throw around on taking in animals from the shelter and giving them the attention they needed. Once the animals were in better health he would help find homes for them.

To get to the point, these are a few of the admirable qualities about Ronnie in which he shows great passion and great character. When he gets interested in something he does it with great passion. This relates to his political beliefs. I do not stand by his political beliefs. I am a big Biden/Harris supporter and I truly believe that Former President Donald Trump is a horribly evil man and has brought great shame to our amazing country. Regardless, Ronnie got caught up deeply in his political beliefs thinking he was truly caring for the people by trying to fight for the people. Like I said, he's a passionate person. That coupled with his need to belong to entities and be accepted by people ████████████████████████████████████████ you can see why he would choose to do what he did. He wants to be part of the bigger picture. He wants to help people by representing them. He wants to know that he is cared for and accepted by people. His people were Trump supporters. He felt like he fit in and that he was admired by people for his passion to help this country.

It is my hope by sharing in this letter how Ronnie is a passionate person with a caring heart for people that it shows how Ronnie got lost and sucked into something that he didn't originally plan to enter into with malice and hate but rather to help a movement in this country and to ultimately help the people of the United States of America. Again, I do not condone his behaviors but as a Christian man, a man of the Lord, a family man with two daughters, a man with a successful construction company, and a man who cares deeply about the soul of people. I plead that this court would have mercy and grace upon Ronnie as we can see that Ronnie let himself get sucked into something that turned out disastrous for this country because, in the long run, he was only trying to be helpful and fit in. Finally let us not forget that scripture reads from Romans 3:23, "for all have sinned and fall short of the glory of God,

Sincerely,

James W███████r

Stephanie G

03/15/2021

Re: Ronald Lawrence Sandlin

Dear Honorable Judge and District Attorney,

My name is Stephanie G_____.  I am the mom of 2 little girls, and I live with my family in ____ _____  I hold a Bachelor's degree in Neuroscience from the University of Michigan, and I currently work in marketing.  I am writing on behalf of the bail hearing for Ronnie Sandlin.

I have known Ronnie for 8 years.  We lost touch for a year when he moved to Los Angeles from _____, but he has always said to let him know if I ever needed anything.  After a year of staying home with my first daughter, I contacted him and asked if he could help me out with a job.

Staying home to raise my daughter meant I couldn't work a 9-5 in my field of Neuroscience.  I had picked up some evening shifts at Hollywood Park Casino, but after I became pregnant with my second daughter, the long days of parenting combined with the long nights of working were taking a toll.

Upon messaging Ronnie, he immediately made good on his word to help me out if I needed anything, even after a year of not having had contact.  He offered me a job doing marketing for him, and he spent the next several months mentoring me.

After I started working for Ronnie, I was able to quit my job at the casino and work from home while still raising my daughter.  He even bought me a MacBook to use for work.

When I was nearing my due date with my second daughter, Ronnie generously offered me 2 months of maternity leave, and he paid me my full salary out of his own pocket. Several years later, I am still able to make a successful living working from home as a blogger and marketer as a result of Ronnie's mentoring.  Whenever Ronnie has given me his word on something, he has always followed through.

Additionally, during the time I worked for Ronnie, there were a lot of changes in the marketing world.  Facebook and Instagram constantly changed their advertising rules, and this made it difficult to run successful ad campaigns for clients.

A lot of other marketers changed careers around this time, but Ronnie has never been one to avoid something because it was difficult.  He always figured out a way to make things work, and he never gave up. Ronnie is not someone who will run away from a challenging situation.

Respectfully,

Stephanie G_____



Honorable Judge and District Attorney,


I am writing this letter on behalf of Ronald Sandlin. I have personally known Mr. Sandlin for almost 15 years. As a friend, Ronald has always been there for me. When my life had challenges, he helped me find solutions. He has always been selfless in that respect. I have witnessed this from him year after year.

I work in the court system, so I understand the concerns. As you hear arguments on both sides, please consider our true understanding of Mr. Sandlin's character. I have never known Ronald to avoid accountability, act reckless or endanger others.

This is a good man standing before you your honor. When he makes mistakes, he raises his hand for responsibility. This is Mr. Sandlin's true character. Ronald has no prior conduct, no propensity to harm or abscond for that matter.

These allegations will be prosecuted, and Mr. Sandlin will be present in or out of custody, I am sure of it. I humbly ask the court to consider Mr. Sandlin a worthy candidate for bond.


Keith R. M████
Director of Operations
The M███

