| | | | | | | |
|---|---|---|---|---|---|---|
| | 2021-04-10 T 08:36:14 | 2021-04-10 T 19:02:57 | Wow ok. Ill tell dad to look for it | 2021-04-10 T 08:36:14 | ███ | RONALD SANDLIN |
| | 2021-04-09 T 20:03:39 | 2021-04-10 T 08:35:47 | can you look into that article for me? its on CNN | 2021-04-09 T 20:03:41 | RONALD SANDLIN | ███ |
| | 2021-04-09 T 20:03:00 | 2021-04-10 T 08:35:47 | Federal prosecutors get the green light to start offering plea deals to Capitol riot defendants, attorneys say | 2021-04-09 T 20:03:01 | RONALD SANDLIN | ███ |
| | 2021-04-09 T 19:27:23 | | it'd crazy in here 23 hour lockdowns and sometimes days not out of cell. I went 2 weeks inside my cell straight. google me name I went viral for exposing conditions we are facing. I'm with all capitol people we are all good people. I'm trying to keep my head up I'm praying I get bonded out in Tuesday | | RONALD SANDLIN | ███ |
| | 2021-04-09 T 12:20:24 | 2021-04-09 T 19:04:32 | I have been following the trial on Twitter and your mom has been keeping me posted. Whats it like in there? How do you message me? Do they give you a computer? Also keep me posted on whats going on? I hope you are writing daily. | 2021-04-09 T 12:20:25 | ███ | RONALD SANDLIN |
| | 2021-04-07 T 12:20:14 | 2021-04-09 T 12:17:47 | hey nice to hear from you its pretty bad in here they beat one of us up bad its on the news | 2021-04-07 T 12:20:15 | RONALD SANDLIN | ███ |
| | 2021-04-08 T 20:07:02 | 2021-04-08 T 20:27:39 | Just be very careful | 2021-04-08 T 20:07:04 | ███ | RONALD SANDLIN |
| | 2021-04-08 T 20:03:22 | 2021-04-08 T 20:05:39 | Well thats good. | 2021-04-08 T 20:03:24 | ███ | RONALD SANDLIN |
| | 2021-04-08 T 20:02:54 | 2021-04-08 T 20:03:03 | love you too. I guess my statement really made an impact the guard today said that the jail is nervous and they have definitely been nice to us since yesterday | 2021-04-08 T 20:02:55 | RONALD SANDLIN | ███ |
| | 2021-04-08 T 20:01:22 | 2021-04-08 T 20:01:41 | Love you. | 2021-04-08 T 20:01:25 | ███ | RONALD SANDLIN |
| | 2021-04-08 T 20:01:04 | 2021-04-08 T 20:01:13 | thank you | 2021-04-08 T 20:01:05 | RONALD SANDLIN | ███ |
| | 2021-04-08 T 20:00:50 | 2021-04-08 T 20:01:01 | yes | 2021-04-08 T 20:00:52 | RONALD SANDLIN | ███ |
| | 2021-04-08 T 19:52:57 | 2021-04-08 T 20:00:39 | Is that enough for a few days? | 2021-04-08 T 19:52:59 | ███ | RONALD SANDLIN |
| | 2021-04-08 T 19:52:38 | 2021-04-08 T 20:00:39 | I added $10 to GettingOut | 2021-04-08 T 19:52:41 | ███ | RONALD SANDLIN |
| | 2021-04-08 T 19:50:50 | 2021-04-08 T 20:00:39 | I dont know when he is getting the truck. We thought hed be leaving for DC. Which one do I put money on gor tablet? Getting out? | 2021-04-08 T 19:50:52 | ███ | RONALD SANDLIN |
| | 2021-04-08 T 19:41:12 | 2021-04-08 T 19:49:23 | can you send me more money for the tablet? | 2021-04-08 T 19:41:14 | RONALD SANDLIN | ███ |
| | 2021-04-08 T 12:06:12 | | I miss the hell out of you I know I'm nor supposed to say that but I do | | RONALD SANDLIN | ███ |
| | 2021-04-08 T 11:37:06 | | how are you | | RONALD SANDLIN | ███ |
| | 2021-04-07 T 16:47:19 | | nice can you send me what the article said in text? also i m writing a book and screenplay let's work together on making this a big movie and book | | RONALD SANDLIN | Nick Alvear |

| | | | | | | |
|---|---|---|---|---|---|---|
| 2021-04-02 T 10:45:30 | 2021-04-05 T 15:43:19 | Dude getting out wouldn't let me sign on for 2 weeks its some serious bullshit, dude are you serious one of us got beat up in there!?!? WTF.... Ok. I'll look into this. Let everyone know my consultant lawyer told me 200 folks like us are in there unjustly. My crew started www.SaveThePatriots.org and we are going to get anyone we can out of there asap. Our future is bright bro. I will make the rounds and let people know about Ryan Samsel, I will reach out to his wife also. | 2021-04-02 T 10:45:31 | Nick Alvear | RONALD SANDLIN |
| 2021-03-31 T 11:27:18 | 2021-04-02 T 10:42:37 | contact his wife for more info its very important we get the news out bro | 2021-03-31 T 11:27:19 | RONALD SANDLIN | Nick Alvear |
| 2021-03-31 T 11:26:25 | 2021-04-02 T 10:42:37 | BTW the guards beat one of up real bad I need your help to let the media know his name is Ryan Samsel his wife's name is ▓▓▓▓ broken nose, fractured orbital, blind in right eye, dislocated jaw, skull fracture, blood clots his attorney is Ryan Metcalf | 2021-03-31 T 11:26:26 | RONALD SANDLIN | Nick Alvear |
| 2021-03-30 T 09:37:03 | 2021-04-02 T 10:42:36 | good to hear from you bro! I'll let you know I think I'm being bonded out but who knows! I'm excited about the future | 2021-03-30 T 09:37:04 | RONALD SANDLIN | Nick Alvear |
| 2021-03-31 T 12:00:40 | 2021-03-31 T 13:42:22 | hey bro its Ronnie | 2021-03-31 T 12:00:41 | RONALD SANDLIN | ▓▓▓▓ |
| 2021-03-31 T 10:53:08 | 2021-03-31 T 15:06:14 | thank you | 2021-03-31 T 10:53:10 | RONALD SANDLIN | ▓▓▓▓ |
| 2021-03-30 T 21:20:56 | 2021-03-31 T 10:40:03 | ▓▓▓▓ | 2021-03-30 T 22:34:14 | ▓▓▓▓ | RONALD SANDLIN |
| 2021-03-30 T 21:11:04 | 2021-03-31 T 10:40:03 | I got it | 2021-03-30 T 22:20:56 | ▓▓▓▓ | RONALD SANDLIN |
| 2021-03-30 T 10:46:36 | 2021-03-30 T 13:18:12 | send that to ▓▓▓▓ | 2021-03-30 T 10:46:37 | RONALD SANDLIN | ▓▓▓▓ |
| 2021-03-30 T 10:46:19 | 2021-03-30 T 13:18:12 | I'm doing OK. ups and downs. I'm in a cell block with all Capitol people. I'm proud to call them my friends we stood up for what we believed in and sacrificed. I'm looking forward to being a free man again and hopping on my motorcycle and riding off into the sunset far away from people and their machinations. I've learned a lot about myself in here. Solitary confinement is very very intense. Reading books is the most stimulation I get and most of the time its just me in my head. I've learned to be OK just being and being OK with myself and my own thoughts and for that lesson I'm grateful because I certainly wouldn't have gotten that on my own. I'm writing a book on my journey and I hope to turn it into movie. I plan on having Leonardo DiCaprio play me :-). I have so many stories to tell. I got a cock marble in prison lol (google it haha) I'm at peace now and I've accepted that I'm here for reason...it may sound self serving but I truly believe I have a divine destiny to fulfill and I/we made history that day and the full implications of our actions his yet to be realized. My bond hearing is in 2 weeks and I expect it to be on the news because I will be making an explosive statement...I won't ruin the surprise. My charges are pretty serious including 2 assault charges so I expect them to make an example out of me and to be in prison for a few years. I've come to peace with my actions and consequences. Josiah ratted/lied on me to save his own ass | 2021-03-30 T 10:46:20 | RONALD SANDLIN | ▓▓▓▓ |