UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA

v.

RONALD L. SANDLIN,

*Defendant.*

No. 21-cr-88 (DLF)

## ORDER

For the reasons stated in the April 13, 2021 hearing, it is **ORDERED** that the defendant's Amended Motion for Bond, Dkt. 15, is **DENIED**.

In addition, with the consent of the parties and for the reasons stated in the April 13, 2021 hearing, namely the need for the defense to review voluminous discovery, the Court finds that the ends of justice outweigh the best interest of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A). Accordingly, pursuant to the Speedy Trial Act, the Court excludes time from April 13, 2021 through May 12, 2021 in computing the date for a speedy trial in this case.

DABNEY L. FRIEDRICH
United States District Judge

April 13, 2021