Notice of Appeal Criminal

CO-290
Rev. 3/88

# United States District Court for the District of Columbia

UNITED STATES OF AMERICA )
)
vs. )   Criminal No. 21-88 (DLF)
)
Ronald Sandlin )

## NOTICE OF APPEAL

Name and address of appellant:

Ronald Sandlin
D.C. Department of Corrections
Central Treatment Facility
1901 E Street, S.E.
Washington, DC 20003

Name and address of appellant's attorney:

Jerry Ray Smith, Jr.
Attorney at Law
717 D Street, N.W.
Suite 310
Wasington, DC 20004

Offense: Obstruction of an Official Proceeding (18 U.S.C., Section 1512(c)(2))

Concise statement of judgment or order, giving date, and any sentence:

Denial of Motion for Bond, April 13, 2021

Name and institution where now confined, if not on bail: D.C. Department of Corrections
Central Treatment Facility

I, the above named appellant, hereby appeal to the United States Court of Appeals for the District of Columbia Circuit from the above-stated judgment.

April 26, 2021
DATE

Ronald Sandlin
APPELLANT

ATTORNEY FOR APPELLANT
Jerry Ray Smith, Jr.

GOVT. APPEAL, NO FEE [ ]
CJA, NO FEE [✔]
PAID USDC FEE [ ]
PAID USCA FEE [ ]

Does counsel wish to appear on appeal?    YES [✔]  NO [ ]
Has counsel ordered transcripts?          YES [ ]  NO [✔]
Is this appeal pursuant to the 1984 Sentencing Reform Act?  YES [ ]  NO [✔]