UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Holding a Criminal Term

Grand Jury Sworn in on January 8, 2021

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. 21-cr-088 (DLF) |
| | : | |
| v. | : | |
| | : | VIOLATIONS: |
| RONALD SANDLIN and | : | |
| NATHANIEL DEGRAVE, | : | 18 U.S.C. § 1512(k) |
| | : | (Conspiracy) |
| Defendants. | : | 18 U.S.C. §§ 1512(c)(2), 2 |
| | : | (Obstruction of an Official Proceeding) |
| | : | 18 U.S.C. §§ 111(a)(1), 2 |
| | : | (Assaulting, Resisting, or Impeding |
| | : | Certain Officers) |
| | : | 18 U.S.C. §§ 231(a)(3), 2 |
| | : | (Civil Disorder) |
| | : | 18 U.S.C. § 1752(a)(1) |
| | : | (Entering and Remaining in a Restricted |
| | : | Building or Grounds) |
| | : | 18 U.S.C. § 1752(a)(2) |
| | : | (Disorderly and Disruptive Conduct in a |
| | : | Restricted Building or Grounds) |
| | : | |

## INDICTMENT

The Grand Jury charges that at all times material to this Indictment, on or about the dates

stated below:

### Introduction

*The 2020 United States Presidential Election and the Proceedings of January 6, 2021*

1.     The 2020 United States Presidential Election occurred on November 3, 2020.

2.     The United States Electoral College ("Electoral College") is a group required by

the Constitution to form every four years for the sole purpose of electing the president and vice

president, with each state appointing its own electors in a number equal to the size of that state's Congressional delegation.

3.      On December 14, 2020, the presidential electors of the Electoral College met in the state capital of each state and in the District of Columbia and formalized the result of the 2020 U.S. Presidential Election: Joseph R. Biden Jr. and Kamala D. Harris were declared to have won the sufficient votes to be elected the next president and vice president of the United States.

4.      On January 6, 2021, a Joint Session of the United States House of Representatives and the United States Senate convened in the United States Capitol ("the Capitol") building. The purpose of the Joint Session was to open, count, and resolve any objections to the Electoral College vote of the 2020 U.S. Presidential Election, and to certify the results of the Electoral College vote ("Certification of the Electoral College vote") as set out in the Twelve Amendment of the Constitution of the United States and 3 U.S.C. § 15-18.

*The Attack at the United States Capitol on January 6, 2021*

5.      The Capitol is secured 24 hours a day by United States Capitol Police ("Capitol Police"). The Capitol Police maintain permanent and temporary barriers to restrict access to the Capitol exterior, and only authorized individuals with appropriate identification are allowed inside the Capitol building.

6.      On January 6, 2021, the Capitol building, and its exterior plaza, were closed to members of the public.

7.      On January 6, 2021, at approximately 1:00 p.m., the Joint Session convened in the Capitol building for the Certification of the Electoral College vote. Vice President Michael R. Pence presided, first in the Joint Session, and then in the Senate chamber.

8.      A large crowd began to gather outside the Capitol perimeter as the Joint Session got underway.  Crowd members eventually forced their way through, up, and over Capitol Police barricades and advanced to the building's exterior façade.  Capitol Police officers attempted to maintain order and stop the crowd from entering the Capitol building, to which the doors and windows were locked or otherwise secured.  Nonetheless, shortly after 2:00 p.m., crowd members forced entry into the Capitol building by breaking windows, ramming open doors, and assaulting Capitol Police officers.  Other crowd members cheered on, encouraged, and otherwise assisted the forced entry.  The crowd was not lawfully authorized to enter or remain inside the Capitol, and no crowd member submitted to security screenings or weapons checks by Capitol Police or other security officials.

9.      Shortly thereafter, at approximately 2:20 p.m., members of the House and Senate (including Vice President Pence) were evacuated from their respective chambers.  The Joint Session was halted while Capitol Police and other law-enforcement officers worked to restore order and clear the Capitol of the unlawful occupants.

10.      Later that night, law enforcement regained control of the Capitol.  At approximately 8:00 p.m., the Joint Session reconvened, presided over by Vice President Pence, who had remained hidden within the Capitol building throughout these events.

11.      In the course of these events, approximately 81 members of the Capitol Police and 58 members of the Metropolitan Police Department were assaulted.  The Capitol suffered millions of dollars in damage – including broken windows and doors, graffiti and residue from pepper spray, tear gas, and fire extinguishers deployed by both crowd members who stormed the Capitol and by Capitol Police officers trying to restore order.  Additionally, many media members were assaulted and had cameras and other news gathering equipment destroyed.

*The Conspirators*

12.     Josiah Colt is a 34-year old resident of Ada County, Idaho.

13.     RONALD SANDLIN is a 34-year old resident of Shelby County, Tennessee.

14.     NATHANIEL DEGRAVE is a 32-year old resident of Clark County, Nevada.

*The Conspirators' Advance Planning for Interfering with the*
*Peaceful Transition of Presidential Power*

15.     On December 23, 2020, SANDLIN posted on his Facebook account asking who else was traveling to the District of Columbia on January 6, 2021, to "stop the steal and stand behind Trump when he decides to cross the rubicon." DEGRAVE replied that he was considering joining him, and SANDLIN indicated that he would be driving to D.C. from Memphis if DEGRAVE wanted to join.

16.     On December 30, 2020, SANDLIN wrote to DEGRAVE privately on Facebook: "Yo sorry bro I'm going back and fourth about going some people I respect are saying it may get dangerous" and "Are you down for danger bro?" DEGRAVE responded: "Im bringing bullet proof clothing" and "yes."

17.     On December 31, 2020, DEGRAVE solicited his Facebook community for recommendations on someone "[w]ho can shoot and has excellent aim and can teach me today or tomorrow." In response to other users' comments to this post, DEGRAVE wrote "I want somebody special forces or ex fbi to teach me"; "I want personalized training from the best"; and "I'm open to learning all the essential skills. Whatever is necessary to survive." When a user recommended a particular person for the task and advised "he's not cheap," DEGRAVE responded that "this is for a very patriotic cause."

18.     That same day, SANDLIN posted to Facebook that he was organizing a caravan of patriots to travel to D.C., and that "Josiah Colt, Nate DeGrave and myself have already booked

4

and paid for our trip...." He solicited donations from other "patriots," asking them for financial support in exchange for a "personal thank you video shot on location in Washington D.C." The post also contained a link to a GoFundMe webpage with the caption "Patriots Defending Our Country On Jan. 6th, organized by Ronnie Sandlin" and what appeared to be a photo-shopped image of SANDLIN's face superimposed on the image of a man in a car holding what appears to be a gold-plated semi-automatic rifle. The GoFundMe link bore the caption, "The only thing necessary for the triumph of evil is for good men to do noth[ing]...Ronnie Sandlin needs your support for Patriots Defending Our Country On Jan 6th."

19.     Also on December 31, 2020, SANDLIN, DEGRAVE, and Colt began a private group chat on Facebook to plan for the 6th. They discussed "shipping guns" to SANDLIN's residence in Tennessee, where they would all meet before driving to D.C. Colt said he would try to fly with his "G43"—a reference to a Glock .43 pistol. SANDLIN later stated he was bringing his "little pocket gun" and a knife. When SANDLIN provided his address to DEGRAVE later that evening, DEGRAVE wrote to SANDLIN that he had "about 300 worth of stuff coming to you." SANDLIN and Colt later shared pictures of their recent purchases, including a glock holster, gas masks, and a helmet.

20.     On January 4, 2021, DEGRAVE wrote SANDLIN and Colt, "[w]e meet here at 10:00 a.m." and sent a screenshot of "wildprotest.com" depicting a map of the U.S. Capitol with a "Meet Here" notation in front of the building. He also forwarded them a post from the Parler application stating: "#DoNotCertify #january6th" and "#stopthestealcaravan #darktolight #thegreatawakening #DRAINTHESWAMP," followed by his own commentary, "let em try us."

21.     That same day, SANDLIN posted to Facebook a photograph that shows Colt lying in a bed holding a firearm, with the caption: "My fellow patriot Josiah Colt sleeping ready for the

boogaloo Jan 6."[1] Colt responded to the post that he was "[r]eady for any battle."

22.     SANDLIN, DEGRAVE, and Colt agreed to travel and did drive together in a rental car from Tennessee to the District of Columbia metropolitan area on January 5, 2021. In the car, they brought with them paramilitary gear, one Glock .43 pistol, an M&P bodyguard pocket pistol, two magazines of ammunition, knives, a handheld taser/stun gun, an expandable baton, walkie talkies, and bear mace.

*The Conspirators' Involvement in the Capitol Attack on January 6, 2021*

23.     Before the riot, on January 6, 2021, SANDLIN, DEGRAVE, and Colt met in a hotel room in Maryland and recorded their discussion. Colt discussed a "debate we've been having for days now:  should we carry our guns or not?" He added that it was a "felony" in D.C. to do so. DEGRAVE replied that "for the camera's sake, we're not going to carry," which Colt repeated for a social media audience.

24.     Later that day, still before the attack on the Capitol began, SANDLIN, Colt, and DEGRAVE created a video, which SANDLIN live streamed on social media and called on "fellow patriots" to watch. In it, SANDLIN stated four times that "freedom is paid for with blood." He also stated that "there is going to be violence." He further stated that "if you are watching this and you are a patriot and are here, I think it is time to take the Capitol." In the video, SANDLIN continued to "urge other patriots" watching the video to "take the Capitol."

25.     In the same video, DEGRAVE stated that "[w]e are out here protecting the country, if shit goes down, if Pence does what we think he is going to do. Then we are here to defend this city, defend any city in this country. Let Antifa try us, we're here, we're ready. I say bring it. We are not silent anymore."  Colt later stated that "they can't just steal an election," to which

---

[1] "Boogaloo" is a term used in some circles to refer to civil war.

DEGRAVE responded that "[w]e are sick and tired of the fucking lies. It is time to put an end to this once and for all." Following additional discussion, SANDLIN added that "we are going to be there back by one o'clock when it is action time it is game time." Colt then says, "storming the Capitol?" to which SANDLIN responds, "I'm willing to occupy the Capitol."

26.     After they made the above-described videos, on January 6, 2021, Colt, SANDLIN, and DEGRAVE traveled together to the District of Columbia, donned in protective gear, including a gas mask, a face mask, two helmets, shin guards, a protective vest/body armor, and motorcycle jackets. They also carried two knives and walkie talkies.

27.     After entering the District, Colt, SANDLIN, and DEGRAVE ultimately walked to the U.S. Capitol alongside many other individuals who attended events on January 6. As he approached the Capitol grounds, DEGRAVE recorded a video in which he stated: "They just breached the Capitol building. That's it, bro. It's game time. We all armored up, we got a gas mask. This is what separates us true patriots from everyone else who is all talk—you know, fuck this, fuck that, sitting at home, we out here taking action. It's Dr. Death in the building and it's about to go down." And Colt yelled, repeatedly, "breach the building" and "fuck the GOP." SANDLIN also shouted, "if you're not breaching the building, get out of the way" and "the time for talk is over."

28.     Soon thereafter, Colt, SANDLIN, and DEGRAVE forcibly stormed past exterior barricades and law enforcement officers, and ignored building alarms, to breach the Capitol. As they marched together up a set of stairs to enter inside, Colt exclaimed, "we're making it to the main room. The Senate room, bro." As they entered an exterior door, breaching the Capitol, an alarm was sounding.

29.     While inside the Capitol, SANDLIN and DEGRAVE, along with others, pushed

several U.S. Capitol Police officers—that is, Officer K.T., Officer B.A., and Officer A.W.—guarding an exterior door to the Capitol rotunda and slowly forced the door behind the officers open, allowing the mob outside to breach the Capitol. DEGRAVE shouted "get the fuck through" and "kick [the door] the fuck open," and SANDLIN attempted to rip the helmet off Officer B.A.

30.     After helping to force open the exterior door to other rioters, Colt, SANDLIN, and DEGRAVE went together up a set of stairs in search of the Senate chamber. As they walked, Colt stated numerous times to SANDLIN and DEGRAVE, "let's get to the Senate," adding "where they're meeting." They eventually reached a hallway just outside the Senate Gallery, where they encountered several Capitol Police Officers, including Officer N.T., Officer G.L., and Officer M.A., attempting to lock the doors to prevent rioters from entering inside. SANDLIN and DEGRAVE tried to wrestle past the officers, and SANDLIN struck Officer N.T. in the back of his head, near his ear. Eventually, SANDLIN, DEGRAVE, and Colt all managed to enter the Senate Gallery—a balcony overlooking the Chamber.

31.     Colt climbed into the Senate Chamber by hanging off the balcony and dropping down to the floor. He then sat in a chair reserved for the Vice President. While Colt was on the floor of the Senate Chamber, DEGRAVE shouted at him and others in the Senate Chamber to "take laptops, paperwork, take everything."

32.     Before exiting the Capitol, SANDLIN stopped to live stream himself smoking marijuana inside. SANDLIN also stole a book with a picture of former presidents on the cover from someone's desk inside the Capitol.

33.     Shortly after exiting the Capitol, Colt posted a video to Facebook claiming he was the first person to sit in what he mistakenly described as the House Speaker's chair, and called Speaker Pelosi a "traitor."

## COUNT ONE

34.      The introductory allegations set forth in paragraphs 1 through 33 are re-alleged and incorporated herein by reference as though fully set forth herein.

35.      Between December 23, 2020 and January 6, 2021, within the District of Columbia and elsewhere, the defendants, **RONALD SANDLIN** and **NATHANIEL DEGRAVE**, did knowingly combine, conspire, confederate, and agree, with each other, Josiah Colt, and others known and unknown, to corruptly obstruct, influence, and impede an official proceeding, that is, Congress's Certification of the Electoral College vote, in violation of Title 18, United States Code, Section 1512(k).

(**Conspiracy to Obstruct an Official Proceeding**, in violation of Title 18, United States Code, Section 1512(k))

## COUNT TWO

36.      The introductory allegations set forth in paragraphs 1 through 33 are re-alleged and incorporated herein by reference as though fully set forth herein.

37.      On January 6, 2021, within the District of Columbia and elsewhere, **RONALD SANDLIN** and **NATHANIEL DEGRAVE** did, corruptly, obstruct, influence, and impede, and did, corruptly, attempt to obstruct, influence, and impede an official proceeding, that is, a proceeding before Congress, by entering and remaining in the United States Capitol without authority and committing an act of civil disorder, and engaging in disorderly and disruptive conduct.

(**Obstruction of an Official Proceeding** and **Aiding and Abetting**, in violation of Title 18, United States Code, Sections 1512(c)(2) and 2)

9

## COUNT THREE

38.     The introductory allegations set forth in paragraphs 1 through 33 are re-alleged and incorporated herein by reference as though fully set forth herein.

39.     On January 6, 2021, within the District of Columbia, **RONALD SANDLIN** and **NATHANIEL DEGRAVE** did forcibly assault, resist, oppose, impede, intimidate, and interfere with an officer and employee of the United States, and of any branch of the United States Government (including any member of the uniformed services), that is, Officer N.T., an officer from the United States Capitol Police Department, while such person was engaged in and on account of the performance of official duties, and where such acts involved physical contact with the victim and the intent to commit another felony.

> (**Assaulting, Resisting, or Impeding Certain Officers**, and **Aiding and Abetting**, in violation of Title 18, United States Code, Sections 111(a)(1) and 2)

## COUNT FOUR

40.     The introductory allegations set forth in paragraphs 1 through 33 are re-alleged and incorporated herein by reference as though fully set forth herein.

41.     On January 6, 2021, within the District of Columbia, **RONALD SANDLIN** and **NATHANIEL DEGRAVE** did forcibly assault, resist, oppose, impede, intimidate, and interfere with an officer and employee of the United States, and of any branch of the United States Government (including any member of the uniformed services), that is, Officer B.A., an officer from the United States Capitol Police Department, while such person was engaged in and on

account of the performance of official duties, and where such acts involved physical contact with the victim and the intent to commit another felony.

(**Assaulting, Resisting, or Impeding Certain Officers**, and **Aiding and Abetting**, in violation of Title 18, United States Code, Sections 111(a)(1) and 2)

## COUNT FIVE

42. The introductory allegations set forth in paragraphs 1 through 33 are re-alleged and incorporated herein by reference as though fully set forth herein.

43. On January 6, 2021, within the District of Columbia, **RONALD SANDLIN** and **NATHANIEL DEGRAVE** did forcibly assault, resist, oppose, impede, intimidate, and interfere with an officer and employee of the United States, and of any branch of the United States Government (including any member of the uniformed services), that is, Officer K.T., an officer from the United States Capitol Police Department, while such person was engaged in and on account of the performance of official duties, and where such acts involved physical contact with the victim and the intent to commit another felony.

(**Assaulting, Resisting, or Impeding Certain Officers**, and **Aiding and Abetting** in violation of Title 18, United States Code, Sections 111(a)(1) and 2)

## COUNT SIX

44. The introductory allegations set forth in paragraphs 1 through 33 are re-alleged and incorporated herein by reference as though fully set forth herein.

45. On January 6, 2021, within the District of Columbia, **RONALD SANDLIN** and **NATHANIEL DEGRAVE** did forcibly assault, resist, oppose, impede, intimidate, and interfere with an officer and employee of the United States, and of any branch of the United States

Government (including any member of the uniformed services), that is, Officer A.W., an officer from the United States Capitol Police Department, while such person was engaged in and on account of the performance of official duties, and where such acts involved physical contact with the victim and the intent to commit another felony.

(**Assaulting, Resisting, or Impeding Certain Officers**, and **Aiding and Abetting** in violation of Title 18, United States Code, Sections 111(a)(1) and 2)

## COUNT SEVEN

46.     The introductory allegations set forth in paragraphs 1 through 33 are re-alleged and incorporated herein by reference as though fully set forth herein.

47.     On January 6, 2021, within the District of Columbia, **RONALD SANDLIN** and **NATHANIEL DEGRAVE** did forcibly assault, resist, oppose, impede, intimidate, and interfere with an officer and employee of the United States, and of any branch of the United States Government (including any member of the uniformed services), that is, Officer G.L., an officer from the United States Capitol Police Department, while such person was engaged in and on account of the performance of official duties, and where such acts involved physical contact with the victim and the intent to commit another felony.

(**Assaulting, Resisting, or Impeding Certain Officers**, and **Aiding and Abetting** in violation of Title 18, United States Code, Sections 111(a)(1) and 2)

## COUNT EIGHT

48.     The introductory allegations set forth in paragraphs 1 through 33 are re-alleged and incorporated herein by reference as though fully set forth herein.

49.     On January 6, 2021, within the District of Columbia, **RONALD SANDLIN** and **NATHANIEL DEGRAVE** did forcibly assault, resist, oppose, impede, intimidate, and interfere

12

with, an officer and employee of the United States, and of any branch of the United States Government (including any member of the uniformed services), that is, Officer M.A., an officer from the United States Capitol Police Department, while such person was engaged in and on account of the performance of official duties, and where such acts involved physical contact with the victim and the intent to commit another felony.

(**Assaulting, Resisting, or Impeding Certain Officers**, and **Aiding and Abetting** in violation of Title 18, United States Code, Sections 111(a)(1) and 2)

## COUNT NINE

50.     The introductory allegations set forth in paragraphs 1 through 33 are re-alleged and incorporated herein by reference as though fully set forth herein.

51.     On January 6, 2021, within the District of Columbia, **RONALD SANDLIN** and **NATHANIEL DEGRAVE** committed and attempted to commit an act to obstruct, impede, and interfere with law enforcement officers—that is, Officer N.T., Officer G.L., and Officer M.A., officers from the United States Capitol Police Department—lawfully engaged in the lawful performance of their official duties incident to and during the commission of a civil disorder which in any way and degree obstructed, delayed, and adversely affected commerce and the movement of any article or commodity in commerce and the conduct and performance of any federally protected function.

(**Civil Disorder**, and **Aiding** and **Abetting** in violation of Title 18, United States Code, Sections 231(a)(3) and 2)

## COUNT TEN

52.     The introductory allegations set forth in paragraphs 1 through 33 are re-alleged and incorporated herein by reference as though fully set forth herein.

53.     On January 6, 2021, within the District of Columbia, **RONALD SANDLIN** and

**NATHANIEL DEGRAVE** committed and attempted to commit an act to obstruct, impede, and

interfere with law enforcement officers—that is, Officer B.A., Officer K.T., and Officer A.W.,

officers from the United States Capitol Police Department—lawfully engaged in the lawful

performance of their official duties incident to and during the commission of a civil disorder which

in any way and degree obstructed, delayed, and adversely affected commerce and the movement

of any article or commodity in commerce and the conduct and performance of any federally

protected function.

**(Civil Disorder** and **Aiding and Abetting**, in violation of Title 18, United States Code,
Sections, 231(a)(3) and 2)

## COUNT ELEVEN

54.     The introductory allegations set forth in paragraphs 1 through 33 are re-alleged and

incorporated herein by reference as though fully set forth herein.

55.     On January 6, 2021, within the District of Columbia, **RONALD SANDLIN** and

**NATHANIEL DEGRAVE** did knowingly enter and remain in a restricted building and grounds,

that is, any posted, cordoned-off, and otherwise restricted area within the United States Capitol

and its grounds, where the Vice President and Vice President-elect were temporarily visiting,

without lawful authority to do so.

**(Entering and Remaining in a Restricted Building or Grounds**, in violation of Title 18,
United States Code, Section 1752(a)(1))

## COUNT TWELVE

56.     The introductory allegations set forth in paragraphs 1 through 33 are re-alleged and

incorporated herein by reference as though fully set forth herein.

57.    On January 6, 2021, within the District of Columbia, **RONALD SANDLIN** and **NATHANIEL DEGRAVE** did knowingly, and with intent to impede and disrupt the orderly conduct of Government business and official functions, engage in disorderly and disruptive conduct in and within such proximity to, a restricted building and grounds, that is, any posted, cordoned-off, and otherwise restricted area within the United States Capitol and its grounds, where the Vice President and Vice President-elect were temporarily visiting, when and so that such conduct did in fact impede and disrupt the orderly conduct of Government business and official functions.

(**Disorderly and Disruptive Conduct in a Restricted Building or Grounds**, in violation of Title 18, United States Code, Section 1752(a)(2))

A TRUE BILL:

FOREPERSON

*Channing D. Phillips / jp*

Attorney of the United States in
and for the District of Columbia.