UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| v. : | |
| : | Case No. 21-cr-88 (DLF) |
| RONALD SANDLIN and : | |
| NATHANIEL DEGRAVE, : | |
| : | |
| Defendants. : | |

**UNITED STATES' UNOPPOSED MOTION FOR LEAVE TO FILE EXTRA
PAGES IN ITS OPPOSITION TO DEFENDANT'S MOTION TO DISMISS**

The United States of America, by and through the United States Attorney for the District of Columbia, hereby moves this Court for leave to file extra pages in its memorandum in opposition to defendant Ronald Sandlin's motion to dismiss the § 1512 charge.

Government counsel has conferred with counsel for both defendants, who have advised that they do not oppose the instant motion.

In support of its motion, the government states as follows:

1. On September 13, 2021, Defendant Sandlin filed a motion to dismiss Count Five of the original indictment,[1] a charge arising under 18 U.S.C. § 1512(c)(2). Dkt. No. 45.

2. The local rules of this Court provide that "[a] memorandum of points and authorities … in opposition to a motion shall not exceed 45 pages … without prior approval of the Court." L.Cr.R. 47(e).

3. This Court has already found that this case "raises novel" and "difficult" legal issues as well as "novel questions of … fact." Hr'g Transcript 4, 23 (Aug. 24, 2021).

---

[1] Since defendant Sandlin filed his motion, a grand jury in the District of Columbia returned a Superseding Indictment against both defendants, which had the effect of converting Count Five of the original indictments against each to Count Two of the Superseding Indictment. *Compare* Indictment, Dkt. No. 6, at 3, *with* Superseding Indictment, Dkt. No. 46, ¶¶ 36-37.

4. To adequately address the novel and complex questions of law and fact raised by the defendant's motion, as well as issues that have been raised in other Capitol riot prosecutions arising under § 1512 or which may be raised by counsel for either defendant in subsequent briefing or during oral argument, the government submits that it is necessary to file an opposition that is slightly over the page limit set by the Local Rules of this Court.

5. The current draft of the government's opposition is 46 pages—one page over the limit. The government therefore requests leave to file for no more than three pages over the limit, in case there are last minute additions to the draft.

For the reasons described above, the United States respectfully requests that the Court grant its motion for leave to file an opposition that is no more than three extra pages above the limit set by the Local Rules.

Respectfully submitted,

CHANNING D. PHILLIPS
Acting United States Attorney
D.C. Bar No. 415793

By:     /s/ *Jessica Arco*
Jessica Arco
Trial Attorney – Detailee
D.C. Bar No. 1035204
555 Fourth Street, N.W.
Washington, DC 20530
Jessica.arco@usdoj.gov
(202) 514-3204

Dated October 7, 2021