**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br>     v. <br><br> RONALD SANDLIN, *also known as* RONALD L. SANDLIN, and NATHANIEL DEGRAVE, <br><br>        *Defendants.* | No. 21-cr-88 (DLF) |

## <u>ORDER</u>

For the reasons stated in the accompanying memorandum opinion, it is

**ORDERED** that Ronald Sandlin's Motion to Dismiss Count Five of the Indictment,[1]

Dkt. 45, in which Nathaniel DeGrave has joined, Reply Mem. in Supp. of Def. Sandlin's Mot. to

Dismiss, Dkt. 54, is **DENIED.**

    **SO ORDERED.**

DABNEY L. FRIEDRICH
United States District Judge

December 10, 2021

---

[1] Count Five of the Indictment, Dkt. 6, is now Count Two of the Superseding Indictment, Dkt. 46.  The Court has considered the current Superseding Indictment in resolving this motion.