## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | )( | |
| | )( | |
| v. | )( | **Criminal No. 21-88 (DLF)** |
| | )( | **Judge Friedrich** |
| **RONALD SANDLIN** | )( | **Motions Hearing: June 27, 2022** |
| **and** | )( | |
| **NATHANIEL DeGRAVE** | )( | |

## JOINT MOTION TO VACATE MOTIONS SCHEDULE
## AND TO CONVERT MOTIONS HEARING
## TO A STATUS CONFERENCE

COMES NOW the defendants, Ronald Sandlin and Nathaniel DeGrave, and the United States of America, by and through undersigned counsel, and respectfully move this Honorable Court to vacate the current schedule for pretrial motions and related filings and to convert the currently scheduled pretrial motions hearing to a status conference.  In support of this motion, Mr. Sandlin, Mr. DeGrave, and the United States would show:

1.      The current pretrial motions schedule is as follows: defense pretrial motions are due on May 9, 2022; responses are due on May 31, 2022; and replies are due on June 6, 2022.  A pretrial-motions hearing is scheduled for June 27, 2022.  There are currently no other hearings scheduled in this case

2.      Undersigned counsel for Ronald Sandlin and Nathaniel DeGrave are still reviewing discovery for this case.  Also, the parties are in active plea discussions, and it appears that there is a significant chance that this case may be resolved without a trial.

3.     If the government has to reply to defense pretrial motions, it will be investing resources, which in turn will lessen its incentive to resolve this case short of trial.  Also, if this case is resolved with a plea, having the parties prepare substantive pretrial motions and related filings that are then mooted results in the unnecessary expenditure of resources.  On this point, it should be noted that Mr. Sandlin is represented by court-appointed counsel.

4.     The parties believe that, by June 27, 2022 (the current pretrial motions hearing), it will be clear if this case is going to be resolved with a plea or not.  If the case is not going to be resolved with a plea, a new motions calendar and motions hearing date can be set at the hearing on June 27, 2022.

WHEREFORE, the defendants, Ronald Sandlin and Nathaniel DeGrave, and the United States of America move this Honorable Court to vacate the current schedule for pretrial motions and related filings and to convert the currently scheduled pretrial motions hearing to a status conference.

Respectfully submitted,

_____/s/_____
Jerry Ray Smith, Jr.
D.C. Bar No. 448699
Counsel for Ronald Sandlin
717 D Street, N.W.
Suite 310
Washington, DC 20004
Phone: (202) 347-6101
E-mail: jerryraysmith@verizon.net

_____/s/_____
John M. Pierce
JOHN PIERCE LAW
Counsel for Nathaniel DeGrave
21550 Oxnard Street
3rd Floor OMB #172
Woodland Hills, CA 91367
(213) 279-7648
Email: jpierce@johnpiercelaw.com

_____/s/_____
William Lee Shipley, Jr.
LAW OFFICE OF WILLIAM L. SHIPLEY
Counsel for Nathaniel DeGrave
PO Box 745
Kailua, HI 96734
(808) 228-1341
Email: 808shipleylaw@gmail.com

_____/s/_____
Jessica Arco
Trial Attorney-Detailee
Office of the United States Attorney
555 Fourth Street, N.W.
Washington, DC 20530
E-mail: Jessica.arco@doj.gov