UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| v. : | |
| : | Case No. 21-cr-88 (DLF) |
| RONALD SANDLIN and : | |
| NATHANIEL DEGRAVE, : | |
| : | |
| Defendants. : | |

## JOINT STATUS REPORT

The United States, by and through the United States Attorney for the District of Columbia, and counsel for the defendant, Nathaniel DeGrave, hereby provide the Court with the below status update in regards to this case:

1. Defendant DeGrave pleaded guilty to Counts One and Three of the Superseding Indictment in the above-captioned matter on June 27, 2022, pursuant to a cooperation agreement. The parties have agreed to continue sentencing in this matter to allow him the opportunity to cooperate fully, including through potential testimony at trial.

2. Previously, on July 26, 2021, the defendants' co-conspirator, Josiah Colt, pleaded guilty to one count of the Indictment in criminal number 21-cr-74, before Judge Hogan, pursuant to a cooperation agreement.

3. Last week, defendant DeGrave's co-defendant, Ronald Sandlin, advised of his intent to plead guilty as well. The parties expect that Mr. Sandlin's plea hearing will go forward on September 16, 2022.

4. If and when Mr. Sandlin pleads guilty, the parties plan to request that a Pre-Sentence Investigation Report be completed by U.S. Probation and for a sentencing hearing to be set in this matter some time after the sentencing of Mr. Sandlin.

5. Accordingly, the parties request that a hearing in this matter be set in 45 days to determine the status of his co-defendant's case and possibly schedule a sentencing hearing.

        Respectfully submitted,

        MATTHEW M. GRAVES
        United States Attorney
        D.C. Bar No. 481052

By:   */s/ Jessica Arco*
       Jessica Arco
       Trial Attorney - Detailee
       D.C. Bar No. 1035204
       601 D Street NW
       Washington, DC 20530
       Jessica.arco@usdoj.gov
       (202) 514-3204

By:   */s/ William L. Shipley, Jr.*
       William L. Shipley, Jr.
       Hawaii Bar No. 9066
       P.O. Box 745
       Kailua, Hawaii 96734
       808Shipleylaw@gmail.com