FD-302 (Rev. 5-8-10)



UNCLASSIFIED//FOUO

## FEDERAL BUREAU OF INVESTIGATION

Date of entry      06/05/2021

A█████ W█████, Police Officer with the United States Capitol Police (USCP), was interviewed by Federal Bureau of Investigation (FBI) Special Agent (SA) Paul J. West and FBI SA Steven Huie at the USCP Headquarters, 119 D St., NE, Washington, DC 20510 on May 27, 2021. Assistant United States Attorney (AUSA) Jessica Arco and USCP Office of the General Counsel Sergeant Stephen James participated in the interview remotely. After being advised of the identity of the interviewing Agents and the nature of the interview, █████ provided the following information:

[Agent note: █████ was shown a portion of a surveillance video named 7029 USCS 02 Rotunda Door Interior-2021-01-06_14h36min41s000ms (ROTUNDA VIDEO). During the interview, █████ was provided two images from the ROTUNDA VIDEO and asked to date and initial near the Officer in the images that were █████.

█████ identified himself as the Officer on the left side of the door. The door was the East/Front door to the United States Capitol. █████ identified the Officer in the following two images with the yellow arrow as himself:

UNCLASSIFIED//FOUO

Investigation on  05/27/2021  at  Washington, District Of Columbia, United States (In Person)

File #  176-WF-3366759, 176-WF-3366759-GRILLO_PHILIP, 176-NY-3381925, 176-WF-3366759-JOSHUA_HERNANDEZ, 89B-WF-3368293-RONALD SANDLIN. 176-WF-3366759-RONALD SA...   Date drafted  06/02/2021

by  Steven Huie, Paul J. West

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency; it and its contents are not to be distributed outside your agency.

FD-302a (Rev. 5-8-10)

Case 1:21-cr-00088-DLF   Document 92-1   Filed 12/02/22   Page 2 of 2

UNCLASSIFIED//FOUO

176-WF-3366759

Continuation of FD-302 of (U//FOUO) Interview of United States Capitol Police Officer ▮▮▮▮▮ , On 05/27/2021 , Page 2 of 2





▮▮▮▮▮ repeatedly told the SUBJECT(S) that they were not allowed in the building. ▮▮▮▮▮ attempted to not allow the SUBJECT(S) into the building. A SUBJECT in a tan hat pulled ▮▮▮▮▮ off of the door and said they were getting through the Officers and they didn't want to hurt them. Eventually, the SUBJECT(S) pushed through ▮▮▮▮▮ and the other Officers. ▮▮▮▮▮ was pinned and crushed at the door when the SUBJECT(S) forced the doors open.

The interview notes, photographs initialed and dated by ▮▮▮▮▮ and the ROTUNDA VIDEO are attached in the 1A.