FD-302 (Rev. 5-8-10)



**FEDERAL BUREAU OF INVESTIGATION**

Date of entry   06/05/2021

K█████ T█████ (T████), Sergeant with the United States Capitol Police (USCP), was interviewed by Federal Bureau of Investigation (FBI) Special Agent (SA) Paul J. West and FBI SA Steven Huie at the USCP Headquarters, 119 D St., NE Washington, DC 20510 on May 27, 2021. Assistant United States Attorney (AUSA) Jessica Arco and USCP Office of the General Counsel Sergeant Stephen James participated in the interview remotely. After being advised of the identity of the interviewing Agents and the nature of the interview, █████ provided the following information:

[Agent note: █████ was shown a portion of surveillance video named 7029 USCS 02 Rotunda Door Interior-2021-01-06_14h36min41s000ms (ROTUNDA VIDEO). During the interview, █████ was shown images from the ROTUNDA VIDEO and was asked to date and initial near the Officer in the images that were █████.

On January 6, 2021 █████ was at work at the United States Capitol. █████ identified the area recorded by the ROTUNDA VIDEO as the Rotunda door.

█████ identified the Officer in the following two images with the red arrows as himself:

Investigation on   05/27/2021   at   Washington, District Of Columbia, United States (In Person)

File #   176-WF-3366759, 176-WF-3366759-JOSHUA_HERNANDEZ, 89B-WF-3368293-RONALD_SANDLIN, 176-WF-3366759-RONALD_SANDLIN, 89B-WF-3368293, 89B-WF-3377310, 89B-WF-...   Date drafted   05/28/2021

by   Steven Huie, Paul J. West

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency; it and its contents are not to be distributed outside your agency.

176-WF-3366759

(U) Interview of of US Capitol Police
Continuation of FD-302 of  Sergeant ▮▮▮▮▮▮▮▮▮▮▮ , On  05/27/2021 , Page  2 of 3





The SUBJECT(S) that approached ▮▮▮▮ and the other Officers wanted the doors opened. The SUBJECT(S) eventually pushed past ▮▮▮▮ and forced open the doors. ▮▮▮▮ was in contact with at least one SUBJECT in a red hat and camouflage jacket. Once the doors were forced opened by the SUBJECT(S), TUOHY was struck in the face by pepper spray from outside.

After ▮▮▮▮ was pepper sprayed, ▮▮▮▮ felt along the wall and escaped the SUBJECT(S) that were pushing against the doors. ▮▮▮▮ felt along the wall and attempted to get to a bathroom. When ▮▮▮▮ was near the wall, ▮▮▮▮ recalled a SUBJECT in a gray hat that offered to assist ▮▮▮▮ as he was attempting to get to the bathroom. When ▮▮▮▮ arrived at the nearest

bathroom, ▆▆▆ learned the bathrooms were occupied by SUBJECT(S). ▆▆▆ proceeded to the medical area and received treatment for being pepper sprayed.

The interview notes, photographs initialed and dated by ▆▆▆ and the ROTUNDA VIDEO are attached in the 1A.