

UNCLASSIFIED//FOUO

FEDERAL BUREAU OF INVESTIGATION

Date of entry    06/04/2021

B███ A███████), Police Officer with the United States Capitol Police (USCP), was interviewed by Federal Bureau of Investigation (FBI) Special Agent (SA) Paul J. West and FBI SA Steven Huie at the USCP Headquarters, 119 D St., NE Washington, DC 20510 on May 27, 2021. Assistant United States Attorney (AUSA) Jessica Arco, AUSA Alexis Loeb, FBI Task Force Officer (TFO) Robert Gebing and USCP Office of the General Counsel Sergeant Stephen James participated in the interview remotely. After being advised of the identity of the interviewing Agents and the nature of the interview, ███ provided the following information:

[Agent note: ███ was shown a portion of a RMG news video from inside of the United States Capitol. The portion of the video was from a file named RMG News - Inside the 2021 Storming of the US Capitol (RMG NEWS VIDEO). The RMG NEWS VIDEO was started at approximately 1:02. During the interview, ███ was shown images from the RMG NEWS VIDEO and asked to date and initial near the Officer in the images that were ███.

On January 6, 2021, ███ was at work at the United States Capitol. ███ identified himself as the Officer in the riot gear in the following four images:

UNCLASSIFIED//FOUO

Investigation on  05/27/2021  at  Washington, District Of Columbia, United States (In Person)

File #  89B-WF-3368293-Brian_Adams, 176-WF-3366759, 176-WF-3366759-JOSHUA_HERNANDEZ, 89B-WF-3368293-RONALD_SANDLIN, 176-WF-3366759-RONALD_SANDLIN, 89B-WF-3368...    Date drafted  05/28/2021

by  Steven Huie, Paul J. West

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency; it and its contents are not to be distributed outside your agency.

UNCLASSIFIED//FOUO

89B-WF-3368293-

(U) Interview of US Capitol Police Officer

Continuation of FD-302 of _____ , On 05/27/2021 , Page 2 of 7





UNCLASSIFIED//FOUO

FD-302a (Rev. 5-8-10)

UNCLASSIFIED//FOUO

89B-WF-3368293-

(U) Interview of US Capitol Police Officer

Continuation of FD-302 of _____, On 05/27/2021, Page 3 of 7





[Agent note: _____ was shown the following image:

UNCLASSIFIED//FOUO

UNCLASSIFIED//FOUO

89B-WF-3368293-

(U) Interview of US Capitol Police Officer

Continuation of FD-302 of ▆▆▆▆ , On 05/27/2021 , Page 4 of 7



▆▆▆ was unable to recall many of the encounters in the RMG NEWS VIDEO. ▆▆▆ warned SUBJECT(S) inside of the United States Capitol that they would be arrested. SUBJECT(S) yelled a a variety of statements at ▆▆▆ ▆▆▆ attempted to stop a male SUBJECT from opening the door.

[Agent note: ▆▆▆ was shown a portion of the surveillance video titled 7029 USCS 02 Rotunda Door Interior - 2021-01-06_19h17min47s (ROTUNDA VIDEO 1). ROTUNDA VIDEO 1 was started at approximately 7:30. During the interview, ▆▆▆ was shown images from ROTUNDA VIDEO 1 and was asked to date and initial near the Officer in the images that was ▆▆▆

ROTUNDA VIDEO 1 matched the incident from the RMG NEWS VIDEO. ▆▆▆ identified the Officer with the orange arrow in the following two images as himself:

UNCLASSIFIED//FOUO

FD-302a (Rev. 5-8-10)

UNCLASSIFIED//FOUO

89B-WF-3368293-███████

(U) Interview of US Capitol Police Officer

Continuation of FD-302 of ███████, On 05/27/2021, Page 5 of 7





[Agent note: ███ was shown a portion of the surveillance video titled 7029 USCS 02 Rotunda Door Interior-2021-01-06_14h36min41s000ms (ROTUNDA VIDEO 2). ROTUNDA VIDEO 2 was started at the beginning. During the interview, ███ was shown an image from ROTUNDA VIDEO 2 and was asked to date and initial near the Officer in the image that was ███.

███ attempted to hold his position by the door prior to the door being forced opened by the SUBJECT(S). ███ identified the Officer with the

UNCLASSIFIED//FOUO

UNCLASSIFIED//FOUO

FD-302a (Rev. 5-8-10)

89B-WF-3368293-

(U) Interview of US Capitol Police Officer

Continuation of FD-302 of ▓▓▓▓ , On 05/27/2021 , Page 6 of 7

orange arrow in the following image as himself:



[Agent note: ▓▓▓ was shown a video titled Helmet grab assault (rioter footage)(HELMET VIDEO). The HELMET VIDEO was started from the beginnng. During the interview, ▓▓▓ was shown an image from the HELMET VIDEO and was asked to date and initial near the Officer in the image that was ▓▓▓

▓▓▓ identified the Officer with the orange arrow in the following image as himself:

UNCLASSIFIED//FOUO

UNCLASSIFIED//FOUO

89B-WF-3368293-

(U) Interview of US Capitol Police Officer

Continuation of FD-302 of ▮▮▮▮▮ , On 05/27/2021 , Page 7 of 7



▮▮▮ recalled a SUBJECT in a gray hat that demanded the Rotunda door be opened. ▮▮▮ recalled SUBJECT(S) that repeatedly grabbed his helmet. ▮▮▮ was choked when SUBJECT(S) grabbed his helmet. On the video, ▮▮▮ saw a SUBJECT in an orange sweatshirt that grabbed his helmet.

The interview notes, photographs initialed and dated by ▮▮▮ and a DVD containing the RMG NEWS VIDEO, ROTUNDA VIDEO 1, ROTUNDA VIDEO 2, and HELMET VIDEO are attached in the 1A.