**Posted** 2020-12-31 08:11:07 UTC
**Status** Dear Patriots,   I'm organizing a caravan of patriots who are going to Washington D.C.
to stand behind our president @[153080620724:274:Donald J. Trump].   I posted
about this last week and a got almost a dozen messages from people asking how they
can help or expressing their wish to participate somehow.
@[100005928300442:2048:Josiah Colt], Nate DeGrave, and myself have already
booked and paid for our trip to Washington D.C. but we could use your help and
support!   Every dollar you contribute to us is a smack in the face to Antifa. Every
penny is a boot in the ass against tyranny.  Every Buffalo nickel is a body slam
against China.   If you can't be there in person this is the next best thing.   We will be
documenting our journey and every contributor will get a personal thank you video
shot on location in Washington D.C. and will be featured as a contributor on the video
mini documentary.  Share, comment, like, and hate on us in the comments.
**Mobile** true
**Id** 3883146655031572



**Photo ID** 3883146658364905
**Comments**           **User** Nate DeGrave (100023579536609)
                        **Text** It's time the american people rise and stand up for this country.
                                 We're tired of the corruption.
                        **Time** 2020-12-31 08:35:51 UTC

                        **User** ███████████████████
                        **Text** YES, YES, YES! I can't go as I'm traveling out of the country a
                                 couple days after. Otherwise, I wouldn't miss it for the world!
                        **Time** 2020-12-31 09:39:01 UTC

                        **User** Josiah Colt (100005928300442)
                        **Text** It's time to fight for the freedom of this country from getting
                                 bulldozed by the domestic terrorists in office pushing Chinese
                                 communist agendas and ideology while stripping our freedoms
                                 away one by one. Now is the time to fight.
                        **Time** 2020-12-31 08:33:37 UTC

**Posted** 2021-01-04 16:01:42 UTC
**Status** The left listens to a highly edited call with multiple jump cuts. This was 4 minutes of
manipulated audio off of an hourlong conversation and they say "CRIMINAL"   They
just released the full call and wow these people are fucking stupid. Trump didn't ask

**Body**
    keep your head up

**Author** ████████████████████████ )
**Sent** 2021-01-08 02:29:13 UTC
**Body** and deal with it

**Author** ████████████████████████ )
**Sent** 2021-01-08 02:29:17 UTC
**Body** shit happens

**Author** ████████████████████████ )
**Sent** 2021-01-08 02:30:02 UTC
**Body** Did you get arrested/charged with anything?

**Author** Ronnie Sandlin (Facebook: 100000088276565)
**Sent** 2021-01-08 07:25:05 UTC
**Body** Not yet but I think it's imminent

**Author** ████████████████████████ )
**Sent** 2021-01-09 05:22:23 UTC
**Body** well, good luck man. shit happens. i did read that most people will get a disorderly conduct charge which is very beatable and is it not the end of the world.

**Author** ████████████████████████
**Sent** 2021-01-09 05:23:07 UTC
**Body** in other words, keep your head up, you will be okay!

**Author** Ronnie Sandlin (Facebook: 100000088276565)
**Sent** 2021-01-09 09:36:53 UTC
**Body** Thank you brother

**Author** Ronnie Sandlin (Facebook: 100000088276565)
**Sent** 2021-01-09 09:36:57 UTC
**Body** I did it for god and country

**Author** ████████████████████████ )
**Sent** 2021-01-16 15:33:27 UTC
**Body** bro please for your sake, dont post anything that can be used against you

**Author** ████████████████████████
**Sent** 2021-01-16 15:33:37 UTC
**Body** i am your well wisher

**Author** ████████████████████████
**Sent** 2021-01-16 15:33:49 UTC
**Body** do you have an attorney? i know a lot of good lawyers, all over the country

**Author** Ronnie Sandlin (Facebook: 100000088276565)
**Sent** 2021-01-16 15:34:37 UTC
**Body** I do have one I appreciate it bro. I'm already out $50k just to keep him in retainer

**Author** ████████████████████████ )
**Sent** 2021-01-16 15:35:00 UTC
**Body** ok cool. if you need more big dogs in DC, let me know



**Thread** (2085396784806577)
**Current** 2021-01-13 19:31:40 UTC
**Participants** ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇ )
Ronnie Sandlin (Facebook: 100000088276565)

**Author** Jacob Pearson (Facebook: 100000734116079)
**Sent** 2021-01-09 02:18:51 UTC
**Body** Dude!!! Ronnie was that you at the capitol?? Lmao your all over bbc news lmao

**Author** Ronnie Sandlin (Facebook: 100000088276565)
**Sent** 2021-01-09 02:18:59 UTC
**Body** Yes sir

**Author** Ronnie Sandlin (Facebook: 100000088276565)
**Sent** 2021-01-09 02:19:05 UTC
**Body** I'm a true patriot I'll do my time proudly

**Author** ████████████████████████████████)
**Sent** 2021-01-09 02:19:06 UTC
**Body** Lmao ██████

**Author** ████████████████████████████████)
**Sent** 2021-01-09 02:19:21 UTC
**Body** Nice. Holy shit I couldn't believe brother

**Author** ████████████████████████████████)
**Sent** 2021-01-09 02:19:36 UTC
**Body** True American

**Author** ████████████████████████████████)
**Sent** 2021-01-09 02:24:38 UTC
**Body** Ronnie what about the vilonce some people died :(

**Author** Ronnie Sandlin (Facebook: 100000088276565)
**Sent** 2021-01-09 02:25:02 UTC
**Body** It's awful

**Author** Ronnie Sandlin (Facebook: 100000088276565)
**Sent** 2021-01-09 02:25:16 UTC
**Body** They shot a poor innocent woman

**Author** Ronnie Sandlin (Facebook: 100000088276565)
**Sent** 2021-01-09 02:25:19 UTC
**Body** A veteran

**Author** ████████████████████████████████)
**Sent** 2021-01-09 02:25:25 UTC
**Body** I seen it

**Author** Ronnie Sandlin (Facebook: 100000088276565)
**Sent** 2021-01-09 02:25:26 UTC
**Body** And they will try to bury it I won't let them

**Author** ████████████████████████████████)
**Sent** 2021-01-09 02:25:31 UTC
**Body** Fukkk

**Author** Ronnie Sandlin (Facebook: 100000088276565)
**Sent** 2021-01-09 02:25:34 UTC
**Body** Her name will be remembered

**Author** Ronnie Sandlin (Facebook: 100000088276565)
**Sent** 2021-01-09 02:25:39 UTC
**Body** It's my life's duty

**Author** ████████████████████████████████)
**Sent** 2021-01-09 02:26:25 UTC
**Body** This was crazy wow

**Author** ████████████████████████████████
**Sent** 2021-01-10 19:05:34 UTC

**Body**

Don't be stupid.

**Author** ███████████████████ )
**Sent** 2021-01-06 21:51:11 UTC
**Body** Protest, but don't commit crimes. You're more valuable than a federal charge. Use your head.

**Author** ███████████████████ )
**Sent** 2021-01-06 21:57:05 UTC
**Body** Like what possible reason would you risk your freedom to storm a building bro? There's a smarter way to voice your opinion. Don't be a dumb ass and get yourself arrested. Federal charges are no joke.

**Author** ███████████████████ )
**Sent** 2021-01-06 22:01:31 UTC
**Body** Love you bro. Be safe. Don't do anything crazy.

**Author** Ronnie Sandlin (Facebook: 100000088276565)
**Sent** 2021-01-07 15:45:38 UTC
**Body** Yeah man I fucked yo I got caught up in the moment

**Author** Ronnie Sandlin (Facebook: 100000088276565)
**Sent** 2021-01-07 15:46:21 UTC
**Body** I can use any help from any fellow patriot. My attorney told me to lay low and I'm asking anyone that can help to send me some cash on loan so I can get through this. Any little bit helps thanks

**Thread** (3455719981107577)
**Current** 2021-01-13 19:31:46 UTC
**Participants** ██████████████████████████
Ronnie Sandlin (Facebook: 100000088276565)

**Author** ███████████████████ )
**Sent** 2021-01-07 00:21:13 UTC
**Body** Are you being censored?

**Author** Ronnie Sandlin (Facebook: 100000088276565)
**Sent** 2021-01-07 00:21:27 UTC
**Body** FBI after us

**Author** █████████████████ )
**Sent** 2021-01-07 00:21:35 UTC
**Body** Figured

**Author** █████████████████ )
**Sent** 2021-01-07 00:21:37 UTC
**Body** Stay safe

**Thread** (802662247777)
**Current** 2021-01-13 19:31:46 UTC
**Participants** ████████████████ )
Ronnie Sandlin (Facebook: 100000088276565)



**Author** ████████████████████████ )
**Sent** 2021-01-09 09:08:11 UTC
**Body** Mad respect to you 🫡

**Author** Ronnie Sandlin (Facebook: 100000088276565)
**Sent** 2021-01-09 09:36:26 UTC
**Body** Thank you I did it for god and country and I'm ready to face my consequences like a man I believe god is on my side

**Author** Ronnie Sandlin (Facebook: 100000088276565)
**Sent** 2021-01-09 09:36:39 UTC
**Body** When the truth comes out it will change the world

**Author** ████████████████████████ )
**Sent** 2021-01-09 09:54:05 UTC
**Body** I believe it brother, eyes wide open. I hope you get protected as a journalist making a documentary like others have. I'll be rooting for you and the entire country.

**Author** Ronnie Sandlin (Facebook: 100000088276565)
**Sent** 2021-01-16 13:18:07 UTC
**Body** Hey bro I hate to ask and I wouldn't if I didn't need it. You know I stormed the capital. It really fucked my life up and my ability to make money.

I just spent $50k I really didn't have on a lawyer and I am asking a few fellow patriots if they can spot me $300 to get back on my feet and fight the fight. Any help is appreciated

**Author** ████████████████████████ )
**Sent** 2021-01-16 16:37:58 UTC
**Body** Hey brother I respect you more than you know. I worked in politics before and know how ugly the elections are. I tried to fight the good fight and was ultimately disappointed in the system and the



**Photo ID** 369239263222822

**Thread**  (10102265593005277)
**Current** 2021-01-25 23:08:45 UTC
**Participants**
Ronn e Sand n (Facebook: 100000088276565)

**Author**
**Sent** 2021-01-15 04:18:06 UTC
**Body** Ronn e man hmu  f you need a convo. I'm here for you. And I'm a
lawyer. Who s rad ca  desp te our d fferences I come w th noth ng
but forg veness ove and understand ng. I know you have p enty of
resources but th s sn't a joke. Fee  free to hmu  f you need
anyth ng

**Author** Ronn e Sand n (Facebook: 100000088276565)
**Sent** 2021-01-16 13:53:59 UTC
**Body** Thx man I' be a  r ght. I w   probab y spend a few months  n ja
worst case scenar o. My  awyer sn't too concerned about  t. I'm
a ready work ng out a Netf x dea  on the footage I have.

**Author** Ronn e Sand n (Facebook: 100000088276565)
**Sent** 2021-01-16 13:54:21 UTC
**Body** I know peop e wou d  ove to see me suffer  n ja  for a decade but  t
a nt gonna happen.

**Author** Ronn e Sand n (Facebook: 100000088276565)
**Sent** 2021-01-16 13:57:33 UTC
**Body** My  awyer sa d worst case scenar o 1 year  n federa  pr son. I need
to  ose some we ght anyway and  t's a sma   pr ce to pay for my
country

**Author**
**Sent** 2021-01-16 19:46:59 UTC
**Body** Now that I  ove to the max. That s ca ed persona  respons b  ty

**Author**
**Sent** 2021-01-16 19:50:47 UTC
**Body** Same here on  os ng a few tho  I'd prefer to do  t out here  n our
current vers on of freedom LOL. G ad you're do ng ok. Btw I never
knew you were adopted -  ke me - and some other stuff I've found
out the  ast week. I knew I saw s m  ar t es  n us, (you even ca ed
out what you thought was project on, and  n the past that wou d've
been spot on), but d dn't know we had that  n common.

Anyhow, Netf x dea  or no, pr son or no, whatever....I th nk our
po  c es and va ues  ne up more than you th nk! Def n te y more

**Image**



|  |  |
|---|---|
| **Photo ID** | 3831197323559839 |
| **Id** | 3831197323559839 |
| **Title** | To my Las Vegas friends. #WWG1WGA |
| **Link** | https://www.facebook.com/photo.php?fbid=3831197323559839&set=a.194436453902629&type=3 |
| **Upload Ip** | 68.170.227.228 |
| **Album Name** | Mobile Uploads |
| **Uploaded** | 2020-12-10 16:10:19 UTC |
| **Author** | Ronnie Sandlin (100000088276565) |
| **Taken** | Unknown |
| **Orientation** | 1 |
| **Tags** | |
| **Comments** | **User** ▮▮▮▮▮▮ (100003297204776) |

**Text**   US is the most affected country due to covid, it's not fake news. So not sure how wise it is for such thing !!

**Time**   2020-12-10 16:14:40 UTC

**User**   ███████████████████

**Text**   @[100003297204776:2048: ██████████  it's not wise. Sadly there are a lot of morons in this country.

**Time**   2020-12-10 16:21:55 UTC

**User**   ███████████████████

**Text**   Deep fucking breaths mother fuckers deep deep breaths. Do it for freedom!

**Time**   2020-12-10 16:20:46 UTC

**User**   ███████████████████

**Text**   The whole politicization of wearing a mask was not only idiotic but damn near criminally irresponsible! Had trump given a damn, and not been solely focused on his own agenda, he might have stepped up to the task and actually behaved like the leader of a country, rather than trying to look good for his cult members. While he's not 100% responsible for what we're facing today, he's far more so than any other person involved simply due to the selfish decisions he made and the examples he set. Of course all his impressionable "followers"  who somehow refused to grasp the simple science behind the suggested protocols didnt/don't help matters either, and the fact that there's STILL resistance toward the simple means and sacrifices that could (have) contain the transmission and spread just astounds me in the face of the infection/death rate of the last week or two. What the fuck is it gonna take for these brainwashed, yes, morons to understand what needs to be done?

**Time**   2020-12-10 16:42:02 UTC

**User**   ███████████████████

**Text**   I wonder how many people this post will kill Something that may effect your psyche in the future

**Time**   2020-12-10 18:04:32 UTC

**User**   ███████████████████

**Text**

**Time**   2020-12-10 16:20:09 UTC

**User**   ███████████████████

**Text**   So at least we know  where the next hot spot will be! Unfortunately what transmits in Vegas won't just stay there...

**Time**   2020-12-10 16:24:17 UTC

**User** ██████████████████ )

**Text** This is literally the argument against being a conservative. Right wing play the safety and defense card more than anyone else   The irony is so thick

**Time** 2020-12-10 18:43:29 UTC

**User** Ronnie Sandlin (100000088276565)

**Text** @[1436834006:2048 ██████████  tyranny always masquerades itself as safety and security. Freedom is paid for with blood, there is a reason why America was founded on the principles of give me liberty or give me death.

**Time** 2020-12-10 18:39:11 UTC

**User** Ronnie Sandlin (100000088276565)

**Text** @[1436834006:2048 ██████████ ] no  not really globalists fo which have taken over both parties . Remember Trump is the first president in the past 20 years to not lead us into war

**Time** 2020-12-10 18:50:06 UTC

**User** ███████████████████

**Text** @[100000088276565:2048:Ronnie Sandlin] true  he was too but waging war on every person he cried about on Twitter and playing golf. I can actually be somewhat thankful for that   Trump is not the most evil in recent memory, that would obviously be bush jr

**Time** 2020-12-10 18:52:43 UTC

**User** Andr████████████████

**Text** You are another kind of stupid

**Time** 2020-12-10 19:28:09 UTC

**User** Ronnie Sandlin (100000088276565)

**Text** @[1178532673:2048 █████████████ ] talking to yourself again?

**Time** 2020-12-10 19:28:24 UTC

**User** ████████████████████

**Text** I thought this was a parody at first, but now just face palming myself into oblivion. I can't believe how dumb ppl are.

**Time** 2020-12-10 19:39:18 UTC

**User** Ronnie Sandlin (100000088276565)

**Text** @[555045600:2048 █████████████ ] how do we go from a country that was founded on the principles of give me liberty or give me death to a country who wants tyranny and begs for it over a .05% mortality rate? Then people like you call the very principles of our republic stupid. Yeah you're brilliant

**Time** 2020-12-10 19:41:25 UTC

**User** ███████████████████ )

**Thread** (10208365595971188)
**Current** 2021-01-13 19:31:40 UTC
**Participants** ███████████████████████
Ronnie Sandlin (Facebook: 100000088276565)

**Author** ███████████████████████
**Sent** 2021-01-06 22:06:35 UTC
**Body** They're probably going to be charging Josiah with at least one or
multiple offenses and trying to help him out by getting a federal
attorney to protect him now

**Author** ███████████████████████
**Sent** 2021-01-06 22:16:06 UTC
**Body** They are doxxing him on twitter and other sm, his face is all over
the news

**Author** ███████████████████████
**Sent** 2021-01-06 22:16:32 UTC
**Body** I hired a lawyer for him already

**Author** ███████████████████████
**Sent** 2021-01-06 22:18:09 UTC
**Body** And for the record I was ██████████████ am trying to keep
J out of major shit. I would have been there to if not for family
dying. Its not about them being scared it is about staying out of a
fucking meat grinder.

**Author** ███████████████████████
**Sent** 2021-01-06 22:18:21 UTC
**Body** Stay safe

**Author** Ronnie Sandlin (Facebook: 100000088276565)
**Sent** 2021-01-06 22:18:22 UTC
**Body** We made our decisions

**Author** ███████████████████████
**Sent** 2021-01-06 22:18:28 UTC
**Body** 🔫🔫
**Attachments** sticker (369239263222822)
**Type** image/png
**Size**
**URL** https://interncache-prn.fbcdn.net/v/t39.1997-6/3
9178562_1505197616293642_54113442810948
48512_n.png?ccb=2&_nc_sid=0572db&efg=eyJ
1cmxnZW4iOiJwaHBfdXJsZ2VuX2NsaWVudC9pbn
RpdHkvc3RpY2tlcmMifQ%3D%3D&_nc_ad=z-m&
_nc_cid=0&_nc_ht=interncache-prn&oh=6f862d
94aff957d049e31ca5823c9b8b&oe=60237F8B



**Photo ID** 369239263222822

**Author** Ronnie Sandlin (Facebook: 100000088276565)
**Sent** 2021-01-08 23:13:51 UTC
**Body** Where do I find the list of arrest warrants?

**Author** ██████████████████████████
**Sent** 2021-01-08 23:15:55 UTC
**Body** If you Google Washington DC warrants it will bring you up to the local Metropolitan Police department war and page. Nothing is listed in there for you

**Author** Ronnie Sandlin (Facebook: 100000088276565)
**Sent** 2021-01-08 23:16:07 UTC
**Body** I know but I'm waiting for the hammer to drop

**Author** ██████████████████████████
**Sent** 2021-01-08 23:16:11 UTC
**Body** What I was just seeing online is that they are pressing federal charges so it might not be listed in Metropolitan Police department

**Author** Ronnie Sandlin (Facebook: 100000088276565)
**Sent** 2021-01-08 23:16:18 UTC
**Body** Is that the only page?

**Author** ██████████████████████████
**Sent** 2021-01-08 23:16:43 UTC
**Body** I'm gonna give you the same advice which is basically get your affairs in order and just prepare yourself for some crapy stuff for the next several months and to just work on you or business and making money so you can pay for counsel and keep your head down lay low under the radar

**Author** Ronnie Sandlin (Facebook: 100000088276565)
**Sent** 2021-01-08 23:16:57 UTC
**Body** Ok what are the websites?

**Author** ██████████████████████████
**Sent** 2021-01-08 23:17:15 UTC
**Body** For federal war and stats a little bit harder because they don't always post those in fact there's nowhere to really look for those

**Author** ██████████████████████████
**Sent** 2021-01-08 23:18:10 UTC
**Body** Warrants*

**Author** ██████████████████████████
**Sent** 2021-01-08 23:19:20 UTC
**Body** https://www.politico.com/news/2021/01/08/fbi-arrest-rioter-pelosi-office-456580

**Share**

| | |
|---|---|
| **Date Created** | 2021-01-08 23:19:20 UTC |
| **Summary** | A man elected last year as a delegate to the West Virginia legislature was also charged for unlawfully entering the Capitol. |
| **Title** | FBI arrests man who posted photo of himself with feet up in Pelosi's office |
| **Url** | https://www.politico.com/news/2021/01/08/fbi-arrest-rioter-pelosi-office-456580 |

**Author** Ronnie Sandlin (Facebook: 100000088276565)
**Sent** 2021-01-08 23:19:25 UTC
**Body** I saw that

**Author** ▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬
**Sent** 2021-01-08 23:19:41 UTC
**Body** Right so basically in another statement they made they said if you were in the capital and you were not wearing a mask you can expect a knock on your door

**Author** ▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬
**Sent** 2021-01-08 23:20:15 UTC
**Body** I know the situation sucks so that's my advice really is to just get everything in order so when you do have to take care of it you can just take care of it swiftly and with proper legal counsel behind you from the get go

**Author** Ronnie Sandlin (Facebook: 100000088276565)
**Sent** 2021-01-08 23:20:30 UTC
**Body** What is the website for the metro charges? I've been google it but I can't find it

**Author** ▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬
**Sent** 2021-01-08 23:21:01 UTC
**Body** And I was just given a confirmation that finding a federal warrant is not going to happen they don't post those anywhere you can find EE and they are not going to be charging you locally it they stated in that article it's going to be a federal charge and they have charged everybody else federally for unlawful entry

**Author** ▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬
**Sent** 2021-01-08 23:21:47 UTC
**Body** https://www.dccourts.gov/services/active-warrant-list
**Share**

| | |
|---|---|
| **Date Created** | 2021-01-08 23:21:42 UTC |
| **Summary** | DC COURTS' LATEST CORONAVIRUS UPDATES Steps The DC Courts Have Taken to Keep You Safe Click here for information on the current status of court operations due to covid. Haga click para Español. JURORS SHOULD NOT REPORT. |
| **Title** | Active Warrant List \| District of Columbia Courts |
| **Url** | https://www.dccourts.gov/services/active-warrant-list |

**Author** ▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬
**Sent** 2021-01-08 23:21:59 UTC

**Body**

It's not going to be in here because they're not going to be making local charges with Metropolitan Police department the feds confirmed that there are federal charges

**Author** Ronnie Sandlin (Facebook: 100000088276565)
**Sent** 2021-01-08 23:22:06 UTC
**Body** Ok

**Author**
**Sent** 2021-01-08 23:23:00 UTC
**Body** Basically you have to get legal representation and get your affairs together because one stay put out a warrant or indictment and it's made public you can't hide for very long otherwise you're evading arrest and that's even worse but if you have an attorney than they can call them and negotiate your surrender and you can take a few days to get everything in order it buys you a little extra time

**Author** Ronnie Sandlin (Facebook: 100000088276565)
**Sent** 2021-01-08 23:23:21 UTC
**Body** I'm
Working on that now I'm on my way to see my attorney

**Author**
**Sent** 2021-01-08 23:23:33 UTC
**Body** That's my point is if you  Need to get money or work or stuff in place then do that so you can take care of yourself and if you surrender versus get caught the chances are better for you to state out of jail if they catch you before you surrender chances are they're going to try to deny bail

**Author**
**Sent** 2021-01-08 23:24:02 UTC
**Body** You guys have been given a pretty good gift right now by not having any indictments or warrants yet so I would use this time wisely. Good luck with your meeting today.

**Author** Ronnie Sandlin (Facebook: 100000088276565)
**Sent** 2021-01-09 02:36:01 UTC
**Body** Hey have I gotten any more exposure

**Author**
**Sent** 2021-01-09 02:39:50 UTC
**Body** Yes, people are starting to link you to videos and they have been tagging doj, fbi, etc

**Author** Ronnie Sandlin (Facebook: 100000088276565)
**Sent** 2021-01-09 02:47:34 UTC
**Body** Do you have screenshots

**Author**
**Sent** 2021-01-09 02:48:25 UTC
**Body** I'll have to try later I took my lady to dinner this evening. How you guys holding up?

**Author**
**Sent** 2021-01-09 02:48:34 UTC
**Body** be careful

‹

**Author**
    Ronnie Sandlin (Facebook: 100000088276565)
    **Sent** 2021-01-09 04:04:07 UTC
    **Body** Thx man

**Author** Ronnie Sandlin (Facebook: 100000088276565)
    **Sent** 2021-01-09 04:04:12 UTC
    **Body** I'm good man

**Author** Ronnie Sandlin (Facebook: 100000088276565)
    **Sent** 2021-01-09 04:04:20 UTC
    **Body** Super chill now I've taken a shower

**Author** Ronnie Sandlin (Facebook: 100000088276565)
    **Sent** 2021-01-09 04:04:25 UTC
    **Body** Josiah is a hero

**Author** Ronnie Sandlin (Facebook: 100000088276565)
    **Sent** 2021-01-09 04:04:32 UTC
    **Body** I'm a patriot and I'm fine with whatever happens

**Author** Ronnie Sandlin (Facebook: 100000088276565)
    **Sent** 2021-01-09 04:04:35 UTC
    **Body** For god and country

**Author** Ronnie Sandlin (Facebook: 100000088276565)
    **Sent** 2021-01-09 04:04:41 UTC
    **Body** We have a noble and just cause

**Author** ████████████████████
    **Sent** 2021-01-09 04:22:10 UTC
    **Body** Good deal. Get some rest.

**Author** Ronnie Sandlin (Facebook: 100000088276565)
    **Sent** 2021-01-09 04:22:27 UTC
    **Body** Will do thanks bro.

**Author** ████████████████████
    **Sent** 2021-01-09 05:19:04 UTC
    **Body** https://twitter.com/search?q=ronnie%20sandlin
    **Share** **Date Created** 2021-01-09 05:18:59 UTC
            **Summary** 5h ago @Cleavon_MD tweeted: "Meet Ronnie
                     Sandlin who stormed the Capi.." - read what
                     others are saying and join the conversation.
             **Title** ronnie sandlin - Twitter Search
               **Url** https://twitter.com/search?q=ronnie+sandlin

**Author** Ronnie Sandlin (Facebook: 100000088276565)
    **Sent** 2021-01-09 05:20:51 UTC
    **Body** You: 🙂🙂
**Attachments** sticker (369239263222822)
              **Type** image/png
              **Size**
              **URL** https://interncache-prn.fbcdn.net/v/t39.1997-6/3
                     9178562_1505197616293642_54113442810948
                     48512_n.png?ccb=2&_nc_sid=0572db&efg=eyJ
                     1cmxnZW4iOiJwaHBfdXJsZ2VuX2NsaWVudC9sbn
                     RpdHkvc3RpY2tlcnMifQ%3D%3D&_nc_ad=z-m&

‹

_nc_cid=0&_nc_ht=interncache-prn&oh=6f862d
94aff957d049e31ca5823c9b8b&oe=60237F8B



**Photo ID** 369239263222822

**Author** ███████████████████████
  **Sent** 2021-01-09 16:25:09 UTC
  **Body** How u guys doing today

**Author** Ronnie Sandlin (Facebook: 100000088276565)
  **Sent** 2021-01-09 16:26:16 UTC
  **Body** I'm doing good. Josiah is holding in there. I'm gonna lie low for a
         while but I'm not too concerned they will have to arrest a lot of
         people and the optics aren't going to be good when they're
         arresting everyday people and good people like Josiah

**Author** Ronnie Sandlin (Facebook: 100000088276565)
  **Sent** 2021-01-09 16:26:40 UTC
  **Body** But nevertheless I'm prepared to face my decisions like a man

**Author** Ronnie Sandlin (Facebook: 100000088276565)
  **Sent** 2021-01-09 16:26:55 UTC
  **Body** I crossed the rubicon and so did Josiah and there's no turning back
         now

**Author** ███████████████████████
  **Sent** 2021-01-09 16:32:21 UTC
  **Body** You are right about there  About not being able to turn back. The if
         you comes down to how to handle it now in the way to cause the
         least amount of damage to yourself and the people you care about.

**Author** ███████████████████████
  **Sent** 2021-01-09 16:33:27 UTC
  **Body** The point is that nobody thinks you guys are ordinary people, the
         more the media is at this in the more they try to twist anything
         you've ever said it's going to turn you both into looking like crazy
         people which they've already accomplished in a lot of ways

**Author** Ronnie Sandlin (Facebook: 100000088276565)
  **Sent** 2021-01-09 16:33:45 UTC
  **Body** Yeah I got it

**Author** ███████████████████████
  **Sent** 2021-01-09 16:33:53 UTC
  **Body** I know you guys are ordinary people and I know you guys weren't
         there to destroy. But these fools dont

**Author** Ronnie Sandlin (Facebook: 100000088276565)
  **Sent** 2021-01-09 16:33:55 UTC
  **Body** I have conviction about my cause ███████

‹

**Author**

**Sent** 2021-01-09 16:33:58 UTC
**Body** And they dont want to

**Author**

**Sent** 2021-01-09 16:34:01 UTC
**Body** I know you do

**Author**

**Sent** 2021-01-09 16:34:05 UTC
**Body** Conviction is good

**Author** Ronnie Sandlin (Facebook: 100000088276565)
**Sent** 2021-01-09 16:34:07 UTC
**Body** And the proof will there

**Author**

**Sent** 2021-01-09 16:34:13 UTC
**Body** Being  a martyr isnt good

**Author** Ronnie Sandlin (Facebook: 100000088276565)
**Sent** 2021-01-09 16:34:17 UTC
**Body** Not only that I have a few aces up my sleeve

**Author** Ronnie Sandlin (Facebook: 100000088276565)
**Sent** 2021-01-09 16:34:29 UTC
**Body** After talking to my attorney

**Author**

**Sent** 2021-01-09 16:34:31 UTC
**Body** That sounds good

**Author** Ronnie Sandlin (Facebook: 100000088276565)
**Sent** 2021-01-09 16:34:34 UTC
**Body** Who is a federal attorney

**Author** Ronnie Sandlin (Facebook: 100000088276565)
**Sent** 2021-01-09 16:34:43 UTC
**Body** He said that your attorney is fear mingering Josiah

**Author** Ronnie Sandlin (Facebook: 100000088276565)
**Sent** 2021-01-09 16:34:45 UTC
**Body** To get a check

**Author**

**Sent** 2021-01-09 16:34:51 UTC
**Body** You guys can't do any good to anybody if you get locked up or if
you guys are martyred over some BS that isn't true

**Author** Ronnie Sandlin (Facebook: 100000088276565)
**Sent** 2021-01-09 16:34:52 UTC
**Body** My guy doesn't even want money

**Author** Ronnie Sandlin (Facebook: 100000088276565)
**Sent** 2021-01-09 16:34:59 UTC
**Body** He said when you get a warsanf

**Author** Ronnie Sandlin (Facebook: 100000088276565)

‹

**Au** ) 38276565)
**Sent**
2021-01-09 16:35:00 UTC
**Body** Call

**thor** Ronnie Sandlin (Facebook: 10000008
**Sent** 2021-01-09 16:35:17 UTC
**Body** But right now he has if he's not concerned and told me to lie low

**Author** Ronnie Sandlin (Facebook: 100000088276565)
**Sent** 2021-01-09 16:35:23 UTC
**Body** And even if I get popped

**Author**
**Sent** 2021-01-09 16:35:33 UTC
**Body** 🙁🙁
**Attachments** sticker (369239263222822)
**Type** image/png
**Size**
**URL** https://interncache-prn.fbcdn.net/v/t39.1997-6/3
9178562_1505197616293642_54113442810948
48512_n.png?ccb=2&_nc_sid=0572db&efg=eyJ
1cmxnZW4iOiJwaHBfdXJsZ2VuX2NsaWVudC9lbn
RpdHkvc3RpY2tlcnMifQ%3D%3D&_nc_ad=z-m&
_nc_cid=0&_nc_ht=interncache-prn&oh=ab5307
7cf09ce3c2ec67d1cc8e7703aa&oe=6000578B



**Photo ID** 369239263222822

**Author** Ronnie Sandlin (Facebook: 100000088276565)
**Sent** 2021-01-09 16:35:37 UTC
**Body** It will be an easy cast there isn't much to prosecute

**Author** Ronnie Sandlin (Facebook: 100000088276565)
**Sent** 2021-01-09 16:35:43 UTC
**Body** Unlawful entry he said

**Author** Ronnie Sandlin (Facebook: 100000088276565)
**Sent** 2021-01-09 16:35:48 UTC
**Body** Ok so and 1k other people

**Author** Ronnie Sandlin (Facebook: 100000088276565)
**Sent** 2021-01-09 16:36:24 UTC
**Body** I told my attorney about Josiah's attorney and he said

**Author** Ronnie Sandlin (Facebook: 100000088276565)
**Sent** 2021-01-09 16:36:34 UTC
**Body** Look he ha a valid concerns but the truth is

**Author** Ronnie Sandlin (Facebook: 100000088276565)
**Sent** 2021-01-09 16:36:44 UTC

‹

**Au** ) 88276565)
**Body**

Unles Josiah did anything overtly
Violent which he didn't

**thor** Ronnie Sandlin (Facebook: 10000008
**Sent** 2021-01-09 16:36:47 UTC
**Body** And I didn't

**Author** Ronnie Sandlin (Facebook: 100000088276565)
**Sent** 2021-01-09 16:36:52 UTC
**Body** There isn't much to get us on

**Author** Ronnie Sandlin (Facebook: 100000088276565)
**Sent** 2021-01-09 16:37:03 UTC
**Body** And this guy is a big federal lawyer only does federal cases

**Author** ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇
**Sent** 2021-01-09 16:37:29 UTC
**Body** Sounds like you got it figured out for now then. Zach is a big
federal lawyer too but its cool no need to measure cocks.

**Author** ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇
**Sent** 2021-01-09 16:37:34 UTC
**Body** You guys stay safe.

**Author** Ronnie Sandlin (Facebook: 100000088276565)
**Sent** 2021-01-09 16:37:50 UTC
**Body** Yeah but I think you are dear lingering Josiah a bit

**Author** Ronnie Sandlin (Facebook: 100000088276565)
**Sent** 2021-01-09 16:37:54 UTC
**Body** I get it it's out of love

**Author** Ronnie Sandlin (Facebook: 100000088276565)
**Sent** 2021-01-09 16:38:05 UTC
**Body** But go easy on the guy and I know you are his savior right now

**Author** ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇
**Sent** 2021-01-09 16:38:09 UTC
**Body** Sure i will stay out of it.

**Author** Ronnie Sandlin (Facebook: 100000088276565)
**Sent** 2021-01-09 16:38:11 UTC
**Body** So I know he appreciates you

**Author** ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇
**Sent** 2021-01-09 16:38:14 UTC
**Body** Good luck

**Author** ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇
**Sent** 2021-01-09 16:38:19 UTC
**Body** Both of you

**Author** ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇
**Sent** 2021-01-09 16:38:21 UTC
**Body** Im done

**Author** Ronnie Sandlin (Facebook: 100000088276565)
**Sent** 2021-01-09 16:38:26 UTC

‹

**Au**                                            ) 38276565)
   **Body**
            Like massively
            And I know to the doing it out of love

   **thor** Ronnie Sandlin (Facebook: 10000008
   **Sent** 2021-01-09 16:38:50 UTC
   **Body** You: 🙂
**Attachments** sticker (369239263222822)
                    **Type** image/png
                    **Size**
                     **URL** https://interncache-prn.fbcdn.net/v/t39.1997-6/3
                            9178562_1505197616293642_54113442810948
                            48512_n.png?ccb=2&_nc_sid=0572db&efg=eyJ
                            1cmxnZW4iOiJwaHBfdXJsZ2VuX2NsaWVudC9pbn
                            RpdHkvc3RpY2tlcnMifQ%3D%3D&_nc_ad=z-m&
                            _nc_cid=0&_nc_ht=interncache-prn&oh=6f862d
                            94aff957d049e31ca5823c9b8b&oe=60237F8B



                              **Photo ID** 369239263222822

**Author** ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
   **Sent** 2021-01-09 16:38:54 UTC
   **Body** I don't think you seem to understand the gravity of the situation
          but if you want to blow it off that's OK man. Please don't drag
          Josiah down with you but if that's what you to choose to do you are
          grown men and like you said you guys chose your choices

**Author** ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
   **Sent** 2021-01-09 16:39:10 UTC
   **Body** I've spent the last few years spending a couple million dollars
          defending people in federal court against bogus charges by the
          feds

**Author** Ronnie Sandlin (Facebook: 100000088276565)
   **Sent** 2021-01-09 16:39:13 UTC
   **Body** Got it

**Author** ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
   **Sent** 2021-01-09 16:39:17 UTC
   **Body** Millions

**Author** ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
   **Sent** 2021-01-09 16:39:28 UTC
   **Body** Bit i dont know shit and am fear mongering

**Author** ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
   **Sent** 2021-01-09 16:39:30 UTC
   **Body** 🙂
**Attachments** sticker (369239263222822)
                    **Type** image/png

**Size**

**URL** https://interncache-prn.fbcdn.net/v/t39.1997-6/3
9178562_1505197616293642_54113442810948
48512_n.png?ccb=2&_nc_sid=0572db&efg=eyJ
1cmxnZW4iOiJwaHBfdXJsZ2VuX2NsaWVudC9pbn
RpdHkvc3RpY2tlcnMifQ%3D%3D&_nc_ad=z-m&
_nc_cid=0&_nc_ht=interncache-prn&oh=ab5307
7cf09ce3c2ec67d1cc8e7703aa&oe=6000578B



**Photo ID** 369239263222822

**Author** Ronnie Sandlin (Facebook: 100000088276565)
**Sent** 2021-01-09 16:39:32 UTC
**Body** Well we will see Josiah is right to get prepared though

**Author** ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
**Sent** 2021-01-09 16:39:38 UTC
**Body** Good luck

**Author** Ronnie Sandlin (Facebook: 100000088276565)
**Sent** 2021-01-09 16:42:05 UTC
**Body** https://apple.news/AYeM7cEfxQs6SNvjJILH3Og
**Share**   **Date Created** 2021-01-09 16:42:04 UTC
**Summary** As insurrectionists stormed the U.S. Capitol this
week, a few figures stood out. One man, clad in
a combat helmet, body armor, and other tactical
gear, was among the group that made it to the
inner reaches of the building. Carrying zip-tie
handcuffs, he was captured in photographs and
videos on the....
**Title** An Air Force combat veteran breached the
Senate — The New Yorker
**Url** https://apple.news/AYeM7cEfxQs6SNvjJILH3Og

**Author** ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
**Sent** 2021-01-09 16:44:54 UTC
**Body** Hes facing additional charges because of the zip ties and etc.
Theyvare already trying to lrove intent on josiah since he was
geared up.  Like I said man I think you've let me know that you've
got things figured out. I've spent years of my life dealing with
federal lawyers and federal cases but if my advice is not
appreciated or welcome or my efforts are not appreciated or
welcome I can step away and let you guys do what you need to do.
I wish you the best If luck

**Author** Ronnie Sandlin (Facebook: 100000088276565)
**Sent** 2021-01-09 21:29:19 UTC
**Body** My apologies man I know you're doing the right thing

**Author** ████████████████████████████████

   **Sent** 2021-01-09 21:31:39 UTC
   **Body** no need to apologize, its a hard situation in general. I wish you all
          of the luck on this, I really do.

**Author** Ronnie Sandlin (Facebook: 100000088276565)
   **Sent** 2021-01-09 21:55:59 UTC
   **Body** https://newsradio1310.com/idaho-man-is-sorry-for-storming-u-s-
          capitol/
  **Share**    **Date Created** 2021-01-09 21:55:59 UTC
           **Summary** I'll make a prediction. Colt probably won't do
                   any prison time. He'll get a stiff fine and
                   probation. And he'll be told the Capitol is off
                   limits.
             **Title** Idaho Man is Sorry for Storming U.S. Capitol
              **Url** https://newsradio1310.com/idaho-man-is-sorry-
                   for-storming-u-s-capitol/

**Author** ████████████████████████████████

   **Sent** 2021-01-12 23:04:15 UTC
  **Body** Hey

**Author**

**Sent** 2021-01-07 00:23:52 UTC
**Body** You're really backpedaling quickly

**Author** Ronnie Sandlin (Facebook: 100000088276565)
**Sent** 2021-01-07 00:24:03 UTC
**Body** You: 🤏
**Attachments** sticker (369239263222822)
**Type** image/png
**Size**
**URL** https://interncache-frc.fbcdn.net/v/t39.1997-6/3
9178562_1505197616293642_54113442810948
48512_n.png?ccb=2&_nc_sid=0572db&efg=eyJ
1cmxnZW4iOiJwaHBfdXJsZ2VuX3NaWVudC9lbn
RpdHkvc3RpY2tlcimifQ%3D%3D&_nc_ad=z-m&
_nc_cid=0&_nc_ht=interncache-frc&oh=3d55de
c4387c37c41a3e954c39ff4033&oe=6033518B



**Photo ID** 369239263222822

**Author**

**Sent** 2021-01-07 00:24:14 UTC
**Body** A full on coward

**Author**

**Sent** 2021-01-07 00:24:23 UTC
**Body** I can't wait to send your videos in

**Author**

**Sent** 2021-01-07 00:55:01 UTC
**Body** Can't even stand up for yourself, let alone this country 🤣🤣

**Author**

**Sent** 2021-01-07 00:59:24 UTC
**Body** sent 3 photos.
**Attachments** image-856771725087907 (856771725087907)
**Type** image/jpeg
**Size** 35227
**URL** https://interncache-frc.fbcdn.net/v/t1.15752-9/1
34993399_856771728421240_65494032811934
66897_n.jpg?ccb=2&_nc_sid=73a6a0&efg=eyJ1
cmxnZW4iOiJwaHBfdXJsZ2VuX3NaWVudC9pbW
9nZW46RFlJTWVkaWFVdGIscyJ9&_nc_ad=z-m&_
nc_cid=0&_nc_ht=interncache-frc&oh=d23f1d5
03bd4361b37d87ea7b5008af6&oe=6034A561



856771725087907

image-318969246033614 (318969246033614)
**Type** image/jpeg
**Size** 43982
**URL** https://interncache-frc.fbcdn.net/v/t1.15752-9/1
34711292_318969249366947_21560279479938
63246_n.jpg?ccb=2&_nc_sid=73a6a0&efg=eyJ1
cmxnZW4iOiJwaHBfdXJsZ2VuX2NsaWVudC9pbW
9nZW46RFlJTWVkaWFFVdGlscyJ9&_nc_ad=z-m&_
nc_cid=0&_nc_ht=interncache-frc&oh=9a5752f
9f6b94099c933b8c24cfe9b74&oe=603539F1



318969246033614

image-815930575668562 (815930575668562)
**Type** image/jpeg
**Size** 181722
**URL** https://interncache-frc.fbcdn.net/v/t1.15752-9/p
843x403/135470960_815930582335228_61955
82961049535019_n.jpg?ccb=2&_nc_sid=73a6a
0&efg=eyJ1cmxnZW4iOiJwaHBfdXJsZ2VuX2Nsa
WVudC9wbW9nZW46RFlJTWVkaWWFVdGlscyJ9&_n
c_ad=z-m&_nc_cid=0&_nc_ht=interncache-frc&t
p=6&oh=06d0377419372f085680fca96b9623f4
&oe=6033FD94







**Image**



|  |  |
|---|---|
| **Photo ID** | 3865012046845033 |
| **Id** | 3865012046845033 |
| **Title** | Who is going to Washington D.C. on the 6th of January? I'm going to be there to show support for our president and to do my part to stop the steal and stand behind Trump when he decides to cross the rubicon.   If you are a patriot I believe it's your duty to be there. I see it as my civic responsibility. If you're going comment below or PM me so we can meet up. |
| **Link** | https://www.facebook.com/photo.php?fbid=3865012046845033&set=a.194436453902629&type=3 |
| **Upload Ip** | 2607:fb90:e390:c10:544d:1871:3fac:a7a9 |
| **Album Name** | Mobile Uploads |
| **Uploaded** | 2020-12-23 23:24:19 UTC |
| **Author** | Ronnie Sandlin (100000088276565) |
| **Taken** | Unknown |
| **Orientation** | 1 |
| **Tags** |  |
| **Comments** | **User** Ronnie Sandlin (100000088276565)<br>**Text** @[875695130:2048:Russell Houston] I'm driving from Memphis I would go any distance for my country<br>**Time** 2020-12-23 23:37:01 UTC<br><br>**User** ███████████████ )<br>**Text** I just got done asking my son if he wants to jam, about an hour ago.  I think we're about 6 hrs away.<br>**Time** 2020-12-23 23:36:37 UTC |

**User** Nate DeGrave (100023579536609)
**Text** I'm considering. You getting an Airbnb or something??
**Time** 2020-12-24 00:24:52 UTC

**User** ███████████████████ )
**Text** @[100000088276565:2048:Ronnie] bro....We're literally in the middle of a very significant time that will be historical.  What better than to be apart of it bc the future DEPENDS ON THE SUPPORT!!!
**Time** 2020-12-23 23:44:43 UTC

**User** ███████████████████ )
**Text** @[100000088276565:2048:Ronnie] I'm in CT (near the casino's).   My kid just wants to make sure bc it's also his birthday.  But most likely we're jammin!
**Time** 2020-12-23 23:39:43 UTC

**User** Ronnie Sandlin (100000088276565)
**Text** @[875695130:2048 ███████████ ] that's the best birthday present you can give him a day he will never forget, will go down in history and he will Make an impact.
**Time** 2020-12-23 23:41:05 UTC

**User** Nate DeGrave (100023579536609)
**Text** @[100000088276565:2048:Ronnie Sandlin] yes
**Time** 2020-12-24 01:29:42 UTC

**User** Ronnie Sandlin (100000088276565)
**Text** @[100023579536609:2048:Nate DeGrave] cool man I'm driving from Memphis if you want to join. Probably gonna rent a car and drive there. Assume flights into and surrounding DC will be shutdown because they don't want people to come and they will blame it on Covid
**Time** 2020-12-24 01:30:39 UTC

**User** Ronnie Sandlin (100000088276565)
**Text** @[100023579536609:2048:Nate DeGrave] yeah want to join us?
**Time** 2020-12-24 01:25:58 UTC

**User** Nate DeGrave (100023579536609)
**Text** @[100000088276565:2048:Ronnie Sandlin] yeah so you want me to come to Nashville and drive there with you? Is possibly cheaper that way too
**Time** 2020-12-24 01:31:47 UTC

**User** Nate DeGrave (100023579536609)
**Text** @[100000088276565:2048:Ronnie Sandlin] let me take a look at flights now
**Time** 2020-12-24 01:32:40 UTC