**Photo ID**
815930575668562



**Thread** (3334965959947188)
**Current** 2021-01-25 23:08:49 UTC
**Participants** Ronn e Sand n (Facebook: 100000088276565)
Jos ah Co t (Facebook: 100005928300442)

**Past Participants** 2021-01-25 23:08:49 UTC
Nate DeGrave (Facebook: 100023579536609)

**Author** Nate DeGrave (Facebook: 100023579536609)
**Sent** 2021-01-07 01:18:10 UTC
**Subscription Type** unsubscribe
**Event**
**Users** Nate DeGrave (Facebook: 100023579536609)
**Body** Nate DeGrave eft the group.

**Author**
**Sent** 2021-01-07 01:52:33 UTC
**Body** You guys there? My uber s go ng to be there at 9:30

**Author** Ronn e Sand n (Facebook: 100000088276565)
**Sent** 2021-01-07 01:52:46 UTC
**Body** No

**Author** Ronn e Sand n (Facebook: 100000088276565)
**Sent** 2021-01-07 01:52:49 UTC
**Body** We eft

**Author** Ronn e Sand n (Facebook: 100000088276565)
**Sent** 2021-01-07 01:52:53 UTC
**Body** You need to go to the a rport

**Author** Ronn e Sand n (Facebook: 100000088276565)
**Sent** 2021-01-07 01:52:55 UTC
**Body** And eave

**Author** Ronn e Sand n (Facebook: 100000088276565)
**Sent** 2021-01-07 01:52:57 UTC
**Body** It's not good

**Author**
**Sent** 2021-01-07 01:52:59 UTC
**Body** Wa t okay

**Author** Ronn e Sand n (Facebook: 100000088276565)
**Sent** 2021-01-07 01:52:59 UTC
**Body** Th ngs went bad

**Author** Ronn e Sand n (Facebook: 100000088276565)
**Sent** 2021-01-07 01:53:07 UTC
**Body** The mote s c eared out

**Author**
**Sent** 2021-01-07 01:53:10 UTC
**Body** But where s a my stuff.

**Author** Ronn e Sand n (Facebook: 100000088276565)
**Sent** 2021-01-07 01:53:25 UTC
**Body** We grabbed whatever was n there

**Author** ▮
**Sent** 2021-01-07 01:53:47 UTC
**Body** Okay, so a  the stuff

**Author** ▮
**Sent** 2021-01-07 01:53:55 UTC
**Body** how can I get  t

**Author** Ronn e Sand n (Facebook: 100000088276565)
**Sent** 2021-01-07 01:57:15 UTC
**Body** We w   f gure  t out

**Author** Ronn e Sand n (Facebook: 100000088276565)
**Sent** 2021-01-07 01:57:26 UTC
**Body** We are gett ng to a safe spot you w   be f ne you d dn't part c pate

**Author** ▮
**Sent** 2021-01-07 01:59:25 UTC
**Body** Where I'm com ng to get a   my stuff as soon as I can

**Author** Ronn e Sand n (Facebook: 100000088276565)
**Sent** 2021-01-07 01:59:44 UTC
**Body** ▮ 'm not sure  t's not our most  mportant th ng r ght now we are at r sk for ser ous ja   t me

**Author** ▮
**Sent** 2021-01-07 02:08:06 UTC
**Body** I get  t. It doesn't mean that my stuff  sn't  mportant. My passport. When can I p ck  t up and where so I can bounce. L tera y the  ast move I need to do before I can  eave. I need a green   ght

**Author** Ronn e Sand n (Facebook: 100000088276565)
**Sent** 2021-01-07 02:08:20 UTC
**Body** I don't know

**Author** ▮
**Sent** 2021-01-07 02:08:27 UTC
**Body** WHAT

**Author** Ronn e Sand n (Facebook: 100000088276565)
**Sent** 2021-01-07 02:08:29 UTC
**Body** I don't have an answer

**Author** Ronn e Sand n (Facebook: 100000088276565)
**Sent** 2021-01-07 02:08:36 UTC
**Body** Do you understand what  s go ng on here?

**Author** ▮
**Sent** 2021-01-07 02:08:38 UTC
**Body** Ronn e I'm  tera y go ng to punch you  n the face

**Author** ▮ )
**Sent** 2021-01-07 02:08:40 UTC
**Body** NO

**Author** Ronn e Sand n (Facebook: 100000088276565)
**Sent** 2021-01-07 02:08:41 UTC
**Body** I don't th nk you do