🔒 **PageVault**

| | |
|---|---|
| Document title: | GiveSendGo - Mexican Jan 6'er Political Prisoner In DC's Gitmo: The #1 Free Christian Fundraising Site. |
| Capture URL: | https://www.givesendgo.com/patriotprisoner |
| Page loaded at (UTC): | Thu, 27 Oct 2022 20:42:00 GMT |
| Capture timestamp (UTC): | Thu, 27 Oct 2022 20:43:49 GMT |
| Capture tool: | v7.15.1 |
| Collection server IP: | 34.230.137.168 |
| Browser engine: | Chrome/96.0.4664.93 |
| Operating system: | Microsoft Windows NT 10.0.17763.0 (10.0.17763.0) |
| PDF length: | 3 |
| Capture ID: | 146b2af9-d2ad-427b-a789-e88660e4c089 |
| User: | mmarkovich |

PDF REFERENCE #:      1TwLzNzyZnzTKe5BBkWSnq

# Mexican Jan 6'er Political Prisoner In DC's Gitmo



**Campaign Created by: Ronnie Sandlin**
The funds from this campaign will be received by Ronnie Sandlin.

Raised : USD $ 21,441         Goal : USD $150,000

| Give | 436 |
| Share | 75 |
| Pray | 202 |



Ronnie Sandlin a protestor at the mostly peaceful Jan 6th political rally has been languishing in solitary confinement for over 7 months. Ronnie has been threatened with physical violence was even thrown in "the hole" (a section of the jail reserved for violent prisoners) which he described as "sleeping in a disgusting truck stop bathroom" for simply questioning a correction officer.

Ronnie also witnessed the attempted murder of a fellow Jan 6er who was simply trying to organize a bible study for fellow patriots. The correction officer yelled "I hate ya'll white people and your honky religion" before zip tying his hands and then violently beating him nearly to death. This man is still suffering from a broken jaw, blindness, and brain damage. The corrupt D.C. jail claims this attack never happened and he injured himself. The warden has since been fired after that incident.

Ronnie was denied bond because the prosecutor Jessica Arco said that because Ronnie is a Mexican American he should be denied bond because he could "flee to Mexico" Ronnie Is a full legal US citizen and has no ties to Mexico. Ronnie said this is the most racist thing he's ever experienced which is ironic because the media and the FBI is trying to promulgate the false narrative that Jan 6ers are racists.

The prosecutor has offered Ronnie a 6 year plea deal for minor charges that his lawyer said he should only receive probation for if we weren't dealing with a politically biased judicial system. This is following a year of Antifa and BLM terrorists looting, burning down cities, murdering and terrorizing communities around America only to have their charges dropped. This is also following the Brett Kavanaugh SCOTUS hearing where left wing protestors stormed the capitol and did what Jan 6ers did, yet were called "an important part of Democracy".

Ronnie needs your help to fight tyranny and a corrupt DOJ. He will be using the funds for legal fees. Every dollar you give is a slap in the face to the CCP against the Marxist takeover of our country. If you can't donate pray for Ronnie and his fellow patriots and share this with loved ones.

Thank you and God Bless America!

Read less



**UPDATES**
Follow this campaign to get email notifications when the campaign owner posts an update.

FOLLOW

# Mexican Jan 6'er Political Prisoner In DC's Gitmo



**Campaign Created by: Ronnie Sandlin**
The funds from this campaign will be received by Ronnie Sandlin.

Raised : USD $ 21,441          Goal : USD $150,000

| Give | 436 |
| Share | 75 |
| Pray | 202 |

**Recent Donations**

18 days ago
i am moved by your courage to even speak out. i pray it will not cause you more persecution. will keep you in my prayers
👍 1   ❤ 0

USD $ 50
**friend**
19 days ago
👍 0   ❤ 0

USD $ 50
**Judy**
19 days ago
👍 0   ❤ 0

USD $ 25
**Anonymous Donor**
19 days ago
Stay Strong you are not forgotten!
👍 0   ❤ 0

See all          See top donations

Ronnie Sandlin a protestor at the mostly peaceful Jan 6th political rally has been languishing in solitary confinement for over 7 months. Ronnie has been threatened with physical violence was even thrown in "the hole" (a section of the jail reserved for violent prisoners) which he described as "sleeping in a disgusting truck stop bathroom" for simply questioning a correction officer.

Ronnie also witnessed the attempted murder of a fellow Jan 6er who was simply trying to organize a bible study for fellow patriots. The correction officer yelled "I hate ya'll white people and your honky religion" before zip tying his hands and then violently beating him nearly to death. This man is still suffering from a broken jaw, blindness, and brain damage. The corrupt D.C. jail claims this attack never happened and he injured himself. The warden has since been fired after that incident.

Ronnie was denied bond because the prosecutor Jessica Arco said that because Ronnie is a Mexican American he should be denied bond because he could "flee to Mexico" Ronnie Is a full legal US citizen and has no ties to Mexico. Ronnie said this is the most racist thing he's ever experienced which is ironic because the media and the FBI is trying to promulgate the false narrative that Jan 6ers are racists.

The prosecutor has offered Ronnie a 6 year plea deal for minor charges that his lawyer said he should only receive probation for if we weren't dealing with a politically biased judicial system. This is following a year of Antifa and BLM terrorists looting, burning down cities, murdering and terrorizing communities around America only to have their charges dropped. This is also following the Brett Kavanaugh SCOTUS hearing where left wing protestors stormed the capitol and did what Jan 6ers did, yet were called "an important part of Democracy".

Ronnie needs your help to fight tyranny and a corrupt DOJ. He will be using the funds for legal fees. Every dollar you give is a slap in the face to the CCP against the Marxist takeover of our country. If you can't donate pray for Ronnie and his fellow patriots and share this with loved ones.

Thank you and God Bless America!

**Read less**



**UPDATES**
Follow this campaign to get email notifications when the campaign owner posts an update.

**FOLLOW**