To Whom This May Concern,

My name is B▮▮▮ A▮▮▮▮, a United States Capitol Police officer who worked on January 6th, 2021 during the Capitol riot.

On this day, I was activated on our Civil Disturbance Units(CDU) Hard Squad, where I was responsible for responding to any threats of violence against the Capitol Building and Members of Congress.

The majority of my tour of duty on this day was spent on the East Front of the Capitol, where I was assaulted by rioters at the Rotunda doors, while attempting to keep the mass of rioters from entering the building.

Due to the substantial amount of rioters who already breached the Capitol from the West Front who made their way to the interior side of the Rotunda doors, I was trapped by rioters on the exterior and interior sides of the door, where I was assaulted numerous times by multiple rioters. It's very difficult to elaborate the injuries I sustained but the ones I do recount are clear and comprehensible.

During the moment I was forced through the Rotunda doors, while still attempting to keep rioters from entering these doors by using my body as a human barricade, the rioters were attempting to rip my CDU helmet off from my head, which caused my chin strap to pull underneath my chin, cutting off my airway to breathe. The pulling of my CDU helmet choked me out of consciousness, causing myself to black out for a few seconds. When I regained consciousness and continued to fight off rioters from assaulting me, the rioters, again, continued their attempts to rip off my helmet from my head, causing me to choke again and unable to physically function in any sort of defensive manner.

While all of this was happening, the rioters used metal poles and flag poles to hit me in the head, sprayed OC in my face that impaired my vision and breathing, and was forcefully thrown into a metal bench. I felt like a human punching bag, receiving continuous blows from the rioters and being pinned up against the wall by 4 to 5 of them in an attempt to prevent me from performing my duties as a police officer.

Another United States Capitol Police officer rescued me from the rioters and escorted me down the hallway to decontaminate my eyes from the OC spray the rioters sprayed in the hopes to regain better vision in my eyes. After a small relief of pouring water into my eyes, I responded into the Capitol Rotunda, where I joined up with other Hard Squad units and DC Metropolitan Police to push the mob of rioters out of the Rotunda doors. When we successfully pushed the rioters out the door, myself and another officer grabbed metal benches and wedged them between the two doors to secure it.

This day in my life continues to be the worst I've ever had to live through and scars me to this day. I do not enjoy talking about this event and it's seldom I do but I feel obligated to write this statement so that others may receive a better understanding of the heinous actions these rioters took that have greatly impacted my life for the worse.