

# Department of Corrections
## Incident Tracking

Gary Foreman (V)

Home    View Incidents    Reports    Logout

|  |  |  |  |
|---|---|---|---|
| **Incident #:** | 01110-2022-CTF (Active) | | |
| **Date of the Incident:** | 09/05/2022 | **What Facility?:** | CTF |
| **Time of the Incident:** | 11:39 AM | **Where did it Occur?:** | C 2B |
| **Initially Reported By:** | ▇▇▇▇▇▇ (Lieutenant) | **Office/Area:** | Day Room |
| **Entered By:** | ▇▇▇▇▇▇ | | |
| **Incidents/Occurrences:** | Assault on Staff, Use of Force, Other (INCITING A RIOT, THREATENING CONDUCT) | | |
| **Associated with Incident:** | Use of force (Federal inmates) | | |

**Nature of Incident:**

- Assault on Staff
    - Additonal Info:
- Other (INCITING A RIOT, THREATENING CONDUCT)
    - Additonal Info:
- Use of Force
    - Spontaneour
    - Type of Force (DOC): Chemical Agents, Inflammatory Agents
    - Justification for Use of Force: Self Defense or Defense of a Third Party, Enforce Institutional Rules and Regulations, Quell a Disturbances
    - What Steps Less Than Force Were Attempted? Spontaneours, Verbal Command, Show of Force
    - Additonal Info:

**Individuals:**

| Inmates: | DCDC# | Name | Involvement |
|---|---|---|---|
|  | 378959 | MCABEE, RONALD | Suspect |
|  | 376795 | NICHOLS, RYAN | Suspect |
|  | 376783 | SANDLIN, RONALD | Suspect |
|  | 381138 | SHIVELY, BARTON | Suspect |
| **Staff:** | **ID#** | **Name** | **Involvement** |
|  | ▇▇▇▇▇▇ |  | Victim |

**Notifications:**

| Date | Time | Office Contacted | Person Contacted | Notification Stoped? | Comments |
|---|---|---|---|---|---|
| 09/05/2022 | 11:45 AM | CAPTAINS OFFICE | ▇▇▇▇▇▇ | N |  |
| 09/05/2022 | 12:00 PM | DEPUTY WARDEN | ▇▇▇▇▇▇ | N |  |

**Details:**

This report has been reviewed by Captain ▇▇▇▇▇▇ and it's being forwarded on behalf of Lieutenant ▇▇▇▇▇▇

It serves as notification of an Inmate on Staff Assault, Use of Force, and Inmates Inciting a Riot at the Correctional Treatment Facility(CTF).

On Monday, September 5, 2022, I, Lt. ▇▇▇▇▇▇ was assigned as the E-Building and C-Building Supervisor.

I entered unit C2B at approximately 11:39am., to conduct my security check on this unit. Prior to entering unit C2B, I activated my body warn camera. When I entered the unit the inmates on the phones to my left did not have on masks. I went to these inmates and requested their arm bands to identify them. I proceeded to the officer's desk. Cpl. ▇▇▇▇▇▇ was on the unit at this time giving a lunch break. I asked Cpl. ▇▇▇▇ for the security pipe. I started my rounds on the bottom tier. While doing my rounds Officer ▇▇▇▇▇▇ had returned back to unit C2B from his lunch break. The first couple of cells, I would call out for the inmate to report to the cell to fix something that was not in compliance (ie windows covered, draping's made from blankets, etc.). After those first couple of cells, I realized that the majority of the cells on this unit were not in compliance. Therefore, I instructed Cpl. ▇▇▇▇▇▇ to have all the inmate's step in their cells. While in the process of stepping the inmates in, a nurse arrives on the unit to give out medication. Several inmates came out of their cells with no shirt or mask on. I instructed them to go back to their cells and get properly dressed to include a mask. They complied. I then saw Inmate Mcabee, Ronald DCDC# 378-959 walking in my direction without a mask on. I gave Inmate Mcabee several verbal instructions, along with my right arm pointing toward the direction of Inmate Mcabee's cell, for Inmate Mcabee to return back to his cell and get a mask. Inmate Mcabee refused and stated, "I am only getting my medication and continued walking towards me while my arm was extended. Inmate Mcabee pushed past my arm with his body causing his upper body to make contact with my right forearm. Which folded in towards my body. Inmate Mcabee continued on towards me while I'm informing him that he assaulted me and to step back in his cell. Inmate Mcabee refused and stated that he was going to get his medication. At this time, I gave Inmate Mcabee another verbal instruction to step back in his cell and I

administered a one second burst of chemical agent to the facial area of Inmate Mcabee due to his aggression, threats and refusal to comply.

Immediately, Inmate Mcabee at that time became irate yelling obscenities to me and I called an all available code for assistance. I gave Inmate Mcabee instructions to turn around to be restrained and he refused. Inmate Mcabee began to walk away from me walking aggressively towards Cpl. ▇▇▇ At this time, he began yelling and screaming in officer ▇▇▇ face in a threatening manner. I stood at a reasonable distance awaiting assistance. I then instructed Cpl. ▇▇▇ to get restraints to restrain this inmate. Cpl. ▇▇▇ stood there. While this is taking place, the remaining inmates that were out of their cells are causing a disturbance. The inmates are yelling and screaming calling me a bitch, calling out my first name as an intimidation tactic, yelling that I am racist and the inmates inside their cells are now banging and screaming from their cells. Everything at this point is getting extreme and out of control. Cpl. ▇▇▇ is the first to arrive on the unit. I instructed him along with ▇▇▇ to restrain Inmate Mcabee. As Cpl. ▇▇▇ is walking towards Inmate Mcabee who is standing with four to five other inmates, those inmates walked off and Inmate Mcabee still refused to be restrained. Cpl. ▇▇▇ physically escorted Inmate Mcabee from the table, by placing his hand on Inmate Mcabee's shoulder, towards the wall by the officer's desk. Inmate Mcabee then used his feet to kick in defiance while Cpl. ▇▇▇ was escorting him to the wall. Inmate Mcabee was given directives to place his hands behind his back by myself and Cpl. ▇▇▇ and he continued to actively resist by trying to hold his arms from being placed behind him. Cpl. ▇▇▇ was in a physical struggle with Inmate Mcabee. Therefore, I, administered a second burst of chemical agent to the facial area of Inmate Mcabee to gain compliance. Restraints were then placed on Inmate Mcabee. Several officers to include Lt. ▇▇▇ and SOG ▇▇▇ responded and made me aware that there were inmates surrounding us holding chairs in a threatening manner. Inmate Sandlin, Ronald DCDC# 376-783 was immediately identified as one of the inmates holding a chair in his hands in a threatening manner to assault myself and Cpl. Winston.

All inmates were secured in their cells with the assistance of responding staff.

I notified surveillance specialist Mr. ▇▇▇ who sent me still photos of this incident. While reviewing these photos, the following inmates were identified as the defiant inmates holding chairs in a threatening manner to assault Cpl. ▇▇▇ and myself; Sandlin Ronald, Shively Barton DCDC# 381-138 and Nichols Ryan DCDC# 376-795. They were all seen picking up burgundy in color chairs, in a throwing stance, directed towards myself and Cpl. ▇▇▇.

Inmate Mcabee was escorted off the unit and taken to Medical 82 for decontamination. He was provided clean clothing and given a shower. Inmate Mcabee was seen by Physicians Assistant ▇▇▇ Inmate Mcabee was cleared to housed on Pre-Hearing Housing. No injuries noted.

Inmates Sandlin, Shively, and Nichols were also seen by PA ▇▇▇ and cleared for Restrictive Housing. Pictures were taken for the record. Inmate Injury Reports were completed for all inmates. No staff injuries.

Inmates Sandlin, Mcabee, Nichols and Shivelly will be charged with Threatening Conduct, Inciting a Riot.

I spoke to Ms. ▇▇▇ of the Record Examiner's Office who stated that Inmates Sandlin, Mcabee, Shively, and Nichols are all District Court inmates. ▇▇▇ will be notified.

Notification of this incident was made in accordance with Policy and Procedure 1280.2J, to Captain ▇▇▇ who continued notifications to the Duty Administrative Officer(DAO), DW ▇▇▇.

INCIDENT NOTIFICATION TRACKING: 01110-2022-CTF

**Evidence:**
    **Evidence Secured?** No
    **Description:**
**Evidence Recovered by**
**Location of Evidence:**
    **Video Camera Used?** No
    **Pictures Taken?** Yes

| No. | Picture File Name | Taken By | Uploaded By | Upload Time |
|---|---|---|---|---|
| 1 | C2B.docx | | cstoddard | 9/12/2022 12:52:23 PM |

**Attachments:**

[Back]