**Timeline Relevant to Obstruction Enhancement Under U.S.S.G. § 3C1.1**

- **December 31, 2020**:[1]   Sandlin creates a private group chat on Facebook Messenger with DeGrave and Colt (later adding the female friend who traveled with them to D.C. as well as Colt's friend).  Over the next several days, they coordinate through the group chat on the weapons and gear to bring to the rally on January 6, 2021.
- **Jan. 6, 2021, at 3:16 p.m.**:   Sandlin exits the Capitol building.
- **Jan. 6, 2021, at 4:20 p.m.**:   Sandlin writes in the group chat that he is "[s]till at the capital … steps.  I got sprayed.  Bad."
- **Jan. 6, 2021, at 4:56 p.m.**:   Colt's friend writes in the group chat, "Yo be careful.  Guard coming in and va swat."
- **Jan. 6, 2021, at 5:04 p.m.**:   Colt's friend provides his phone number to the group chat, stating, "Everyone save it.  I will work on finding help," to which DeGrave responds, "Thank you bro we need it."
- **Jan. 6, 2021, at 5:55 p.m.**:   Colt's friend writes in the group chat, "Remove all pics from yesterday and today," to which DeGrave responds, "Ronnie pls untag and delete all posts."
- **Jan. 6, 2021, at 6:02 p.m.**:   Sandlin responds in the group chat, "I'm leaving it up I'm not scared I'll untag but why come if you're [scared]," to which Colt's friend responds, "Because I Id'd J[osiah] in 2 seconds from your [social media] posts.  And someone else will too.  And facial recognition will."  Sandlin replies, "It's too late" and "I don't give a fuck."
- **Jan. 6, 2021, at 6:06 p.m.**:    Colt's friend messages Sandlin directly via Facebook Messenger, stating, "They're probably going to be charging Josiah with at least one or multiple offenses and trying to help him out by getting a federal attorney to protect him now."
- **Jan. 6, 2021, at 6:16 p.m.**:   Colt's friend messages Sandlin directly, stating, "They are doxxing him on Twitter and other sm, his face is all over the news.  I hired a lawyer for him already."
- **Jan. 6, 2021, at 6:18 p.m.**:   Colt's friend messages Sandlin directly to "Stay safe," to which Sandlin responds, "We made our decisions."
- **Jan. 6, 2021, at 6:35 p.m.**:   Sandlin writes in the group chat, "What's the address for the [motel].  I'm lost."
- **Jan. 6, 2021, at 8:21 p.m.**:   Sandlin's friend messages Sandlin directly, asking, "Are you being censored?"  Sandlin immediately replies, "FBI after us."
- **January 6, 2021 at 8:24 p.m.**:    An individual wrote Sandlin on Facebook, "I can't wait to send your videos in," and sent screenshots of several videos of Sandlin in the Capitol building that he posted under the caption, "We breached."
- **Jan. 6, 2021, at 9:59 p.m.**:   Sandlin writes the female friend in the group chat, "we are at risk for serious jail time."
- **Jan. 7, 2021, at 10:09 p.m.**:   Sandlin writes his last message in the group chat, telling the female friend that he will send her the things she left in the hotel room in Maryland.

---

[1] All times stated are in Eastern (Daylight) Time.

- **Jan. 8, 2021, at 9:26 p.m.**: The female friend writes Sandlin in the group chat, asking, "which videos of me did you post to Facebook? I never got a chance to look at them. Can you send the video(s) to me?"
- **Jan. 9, 2021, at 5:09 p.m.**: Clips of three videos posted to Sandlin's Facebook account, but later deleted, are submitted to the NY Post and published in an online article.
- **Jan. 23, 2021**: The FBI executes a search warrant on Sandlin's Facebook account. Absent from the return are:
    - The videos posted by Sandlin and later circulated in media outlets and/or submitted to the FBI as tips;
    - The entirety of the group chat described above prior to **January 6, 2021, at 9:52 p.m. ET**.