## From Ronnie

From: Leigh Sandlin (░░░░░░░░░░░░░░░)
To: jerryraysmith@verizon.net
Date: Wednesday, November 30, 2022 at 01:41 PM EST

Thank you Your Honor for the opportunity to address the court. I'll make my statement as brief and concise as possible, because I understand that my sentencing isn't about me or my feeling and desires, but about awarding justice to the American people and the individuals I harmed.

I want to start off by apologizing to the officers I assaulted January 6. I have to live with my abhorrent actions for the rest of my life and I pray that my sentencing gives you and your families peace and resolution.

I want to apologize to my fellow countrymen and women for the role I took on January 6. I tarnished our great nation's peaceful transfer of power and I'm truly ashamed, embarrassed and sorry for my actions.

I want to apologize to our legislators who had to endure with the terrifying assault on our democracy. No lawmaker should ever feel threatened with violence for doing their duly elected duty.

I want to apologize to my family for having to endure the shame, embarrassment, and stress of my crimes and incarceration.

I know the court is accustomed to crocodile tears and fake and insincere apologies but I hope that the court can see my sincerity and authenticity of my remorse.

I know my actions were egregious and I ask for no mercy other than to have Your Honor take into consideration my extensive work bettering my community, my productivity being an entrepreneur, and my passion and willingness to help people as showcased in my character letters.

In closing I believe January 6, 2021 was a national tragedy for everyone involved and I hope my judgement will help the healing process moving forward.