

# Jan. 6 Prisoner Beaten and Abused, Enters Plea Deal, Pens Heart-rending Call for Help

 by Annalisa Pesek    October 7, 2022

Americans need to know the stories of the men and women who have been held without due process, who have been broken by the government and admitted to crimes they did not commit, and who have lost hope in the American justice system. Here is one of those stories.

> " I feel like we've been disappeared from the world and sent to a black site for perceived political dissidents. If we were BLM or Antifa protestors there would be national outrage for our treatment, but we are not afforded the same support from the media, lawmakers, or from the public.

Thus reads just one of the gut-wrenching paragraphs from a stirring plea for help by 35-year-old Ronald Sandlin, a January 6 political prisoner who has been behind bars for nearly two years, held on numerous felony charges related to the events of January 6, 2021. These charges include assaulting, resisting, or impeding certain officers; civil disorder; obstruction of an official proceeding; entering and remaining in a restricted building; and disorderly conduct.

Sandlin, a native of Tampico, Mexico, who was adopted at age four and is a resident of Millington, Tennessee, was arrested in Las Vegas on January 28, 2021 and pleaded not guilty on March 18, 2021 to 11 counts of felony charges related to the January 6 protests.

Six months later, in September 2021, Sandlin was hit with a 12-count indictment and a fresh charge of conspiracy to obstruct an official proceeding with co-defendant Nathanial DeGrave. Sandlin again pleaded not guilty, but on September 30, 2022, he broke down and pleaded guilty to two felony charges: conspiracy to obstruct an official proceeding and assaulting, resisting, or impeding certain officers.

For these alleged crimes, Sandlin faces a staggering 20 years in prison on the charge of conspiracy to obstruct an official proceeding and up to eight years in prison on the charge of assaulting, resisting, or impeding certain officers. He is also looking at enormous financial penalties.

While the Justice Department has painted Sandlin as a vicious, conspiratorial sociopath with a penchant for violence and assaulting police officers — someone who deserves to be locked away in solitary confinement — in the video below of Sandlin and others entering the Capitol on Jan. 6, which Sandlin filmed himself, a very different kind of man is portrayed. Sandlin appears elated and swept up in the moment, but he is visibly far from the blood-thirsty, egregious murderer that federal prosecutors have created on paper.

In the video, Sandlin says, "We breached the building, God is on our side." He begins to yell, "grab the [broom?], get out of the way, get out of the way. Get out of the way, get out of the way. Your life is not worth it today." He continues to yell at officers guarding a door, and as the crowd becomes more charged, several protesters, including Sandlin, push their way through the doors. Moments later, while still filming, Sandlin is no longer yelling and holds the camera on an officer who appears to be hurt.

**Ryan J. Reilly** ✓
@ryanjreilly · Follow

Video filmed by Jan. 6 rioter Ronnie Sandlin has proven helpful in other Capitol attack cases. Here's his selfie video as he aides rioters trying to breach the door. Officers lives come under threat. He's set to plea at 2 p.m.

Watch on Twitter



11:18 AM · Sep 30, 2022

Read the full conversation on Twitter

Sandlin, who has no criminal history, has spent 20 months incarcerated in a jail cell enduring disgusting and inhumane conditions. In this letter he shared with the news outlet The Gateway Pundit, he writes of horrifically brutal beatings from correctional officers and months of solitary confinement, being allowed out of his cell for only 30 minutes per week:

> First and foremost I want to thank everyone at the Gateway Pundit and their readers for all of their support to myself and fellow Jan 6ers. My time incarcerated for my participation on Jan 6 has profoundly affected me and will require me to process my experience and rely on God to heal my wounds. I've been subjected to inhumane solitary confinement conditions, I've had my life threatened by correction officers who have severely beaten two fellow Jan 6ers nearly to death. I've lost over 50 pounds because of the inadequate food I'm fed. My mental, emotional, and spiritual health are at peril and I pray everyday to the Lord that if it's in his divine will I make it out of this nightmare alive. I speak with no hyperbole, but with sincere anxiety and fear for the perilous situation myself and other Jan 6ers face. What makes our situation even more concerning is this is happening just a few miles from the White House.
>
> Although I've been incarcerated for over a year and a half I have no trial date anytime in the near future. My lawyer says I likely won't see trial for another year which means I will spend 2.5 years waiting for trial for a charge my lawyer tells me I would receive probation for if our prosecution wasn't politically motivated. Make no mistake our vindictive and selective prosecution is on purpose to intimidate any perceived political threat to the Biden regime.
>
> I feel like we've been disappeared from the world and sent to a black site for perceived political dissidents. If we were BLM or Antifa protestors there would be national outrage for our treatment, but we are not afforded the same support from the media, lawmakers, or from the public.
>
> It's taken me a long time to write this letter because of how painful it is for me to talk about what I've been enduring. I'm facing almost a decade in prison for what several lawyers have told me is usually a probation charge. The prosecutors and the DOJ are unethically and unconstitutionally lengthening our sentences by manipulating the law. My lawyer told me he's never seen anything so egregious and distasteful in his 20 years of practicing law. The thought of doing nearly a decade in prison breaks my heart and I've slipped into a deep, dark depression. I'm ashamed to admit I've contemplated suicide several times. Only through the grace of our Lord am I making it through this.
>
> I keep imagining myself a free man again unfortunately that dream seeks so distant like a will o-wisp floating in the air. I've lost everything because of my incarceration. I fear I will be homeless when I get out. To be frank the only money I have to rebuild my life when I'm out will be through this letter, and thanks to the generosity of the Gateway Pundit readers. I'm hoping to use this money to purchase a used 5th wheel trailer in livable condition. Although living in a travel trailer isn't ideal, nothing is above me and it's more than I deserve. If anyone reading this has a livable 5th wheel trailer 2010 or newer they're willing to donate it would help me out a lot and give me the opportunity to have a fresh start on life. Otherwise any and all donations will be greatly appreciated. Every dollar means a lot to me.
>
> If you would like to reach out to me my email is icheckthisemail@gmail.com (yes this is my real email), you can message me through an app called Getting Out. My Jail ID is #52029. You can also send me letters and books to:
>
> Ronald Sandlin #52029
> Northern Neck Regional Jail
> PO Box 1060
> Warsaw VA 22572
>
> I enjoy books on faith and the word of God. Thank you for reading my letter. It's difficult to ask for help but I have to put my pride aside and trust in God. God bless you and God bless America.
>
> Ronnie Sandlin
> https://givesendgo.com/patriotprisoner

*The New American* has reached out to Sandlin for comments and to hear his full story. His sentencing is scheduled for December 9, 2022.

Since January 6, 2021, the Justice Department has confirmed that more than 870 individuals have been arrested in nearly all 50 states for crimes related to the alleged breach of the U.S. Capitol, including over 265 individuals charged with assaulting or impeding law enforcement. The investigation remains ongoing.



Copyright © 2022 The New American