**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| **v.** | : | |
| | : | **Case No. 1:21-cr-88 (DLF)** |
| **RONALD SANDLIN,** | : | |
| | : | |
| **Defendant.** | : | |

**NOTICE OF FILING**

The United States, by and through its attorney, the United States Attorney for the District of Columbia, hereby gives notice that the government has provided the below audio and video exhibits, which were cited in the government's Sentencing Memorandum, to the Court via the USAfx file sharing platform in advance of the sentencing hearing in the above-captioned matter. These exhibits also have been provided to the defense.

- Exhibit 1 – a video clip depicting Sandlin, Nathaniel DeGrave, and Josiah Colt (hereinafter, the "trio") at a TGI Friday's restaurant in Virginia on January 6, 2021;

- Exhibit 2 (known by file name C0059) – a video recorded by Sandlin depicting the trio near the World War II Memorial in Washington, D.C. on January 6, 2021;

- Exhibit 3 – a video recorded by DeGrave depicting Sandlin scaling dismantled bike rack barricades on Capitol grounds;

- Exhibit 4 (known by file name GOPR0391) – a video recorded by Colt depicting the trio moving through the West Plaza and ultimately breaching the Capitol building;

- Exhibit 5 (known by file name C0074) – a video recorded by Sandlin capturing his assaults on U.S. Capitol police officers near the Rotunda Doors and Senate Gallery;

- Exhibit 6 – CCTV surveillance footage depicting the trio near the Rotunda Doors during the assault on officers and subsequent breach of the doors;

- Exhibit 7 – CCTV surveillance footage depicting the trio near the Rotunda Doors, from a different angle, during the assault on officers and subsequent breach of the doors; also depicting an earlier assault of Officer B.A.;

- Exhibit 8 – a video recorded by a rioter depicting Sandlin's assault of Officer B.A. by the Rotunda Doors;

- Exhibit 9 (known by file name GP010391) – a video recorded by Colt depicting the events near the Rotunda Doors as well as Sandlin's assault of officers near the Senate Gallery;

- Exhibit 13 (known by file name GP020391) – a video recorded by DeGrave depicting Colt's time on the Senate floor, as well as Sandlin recording a video, stating, "We took it. We did it.";

- Exhibit 14 – a video recorded by Sandlin and posted to Facebook depicting Sandlin telling officers, "We pushed our way through already, sir.";

- Exhibit 15 – CCTV footage of a Senate-side hallway in the Capitol depicting Sandlin carrying the book he stole;

- Exhibit 16 – CCTV footage of the Rotunda Doors depicting Sandlin picking up a painting, and another rioter taking it off his shoulder;

- Exhibit 21 – snippets of a December 8, 2021, jail call between Sandlin and a friend in which they discuss watermarking his footage of the Capitol riot for sale to media outlets;

- Exhibit 22 – snippets of a December 14, 2021, jail call between Sandlin and a friend in which they continue to discuss watermarking his footage of the Capitol riot for sale to media outlets;

- Exhibit 23 – snippets of a December 8, 2021, jail call in which Alexandra Pelosi interviews Sandlin; and

- Exhibit 29 – snippets of a second December 8, 2021, jail call in which Alexandra Pelosi interviews Sandlin.

In addition, the government hereby attaches Exhibit 20, redacted excerpts from Sandlin's jail text message report, as well as Exhibit 28, an article published by the Gateway Pundit that features a handwritten version of Sandlin's letter previously cited and attached in the government's Response to the Defendant's Reply in Aid of Sentencing, ECF No. 95.

Respectfully submitted,

MATTHEW GRAVES
UNITED STATES ATTORNEY


By:      /s/ Jessica Arco
         Jessica Arco
         D.C. Bar No. 1035204
         Trial Attorney – Detailee
         U.S. Attorney's Office
         601 D Street NW
         Washington, DC 20530
         Jessica.arco@usdoj.gov