UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA )( | |
| )( | Criminal No. 21-88 (DLF) |
| v.                              )( | Judge Friedrich |
| )( | Post-Sentencing |
| RONALD SANDLIN            )( | |

## NOTICE REGARDING ABILITY TO PAY FINE

COMES NOW the defendant, Ronald Sandlin, by and through undersigned counsel, and respectfully provides the following information about his ability to pay a fine in this case. Towards this end, Mr. Sandlin would show:

1. Sentencing in this case was held on December 9, 2022.  At the hearing, the Court directed Mr. Sandlin to submit a filing regarding his ability to pay a fine that specifically addressed money in a GiveSendGo crowdfunding account that had been set for him.  The Court directed Mr. Sandlin to submit the filing by December 13, 2022.

2. The GiveSendGo account in question was set up by a friend of Mr. Sandlin in September 2021.  The write-up for the account indicated that Mr. Sandlin was incarcerated in connection with the events of January 6 and noted, among other things, that he has been in solitary confinement.  It should be pointed out here that, at the time the account was set up, COVID protocols at the D.C. Department of Corrections' Central Treatment Facility (CTF), where Mr. Sandlin was being held, were still in full force and inmates were still being kept in their cells for up to 23 hours a day.  The GiveSendGo account also indicated that Mr. Sandlin needed money for legal fees.  Though undersigned counsel, who is court-appointed, was representing Mr. Sandlin at time the GiveSendGo account was set up, Mr. Sandlin was nevertheless looking to hire a lawyer to represent him going forward.  Sometime in the late spring or summer of 2022, Mr. Sandlin wrote a letter

1

to the Gateway Pundit with a link to the GiveSendGo account that ended up being made public. In the letter, he described the conditions of his incarceration in a poor light, indicated that he was likely to be incarcerated for a while longer, and asked for money to help him rebuild his life "because I have lost everything due to my incarceration."

3. Over the 15-month life of the GiveSendGo account, $21,441.00 has been raised as of December 12, 2022. The way the account was set up, only Mr. Sandlin's father has access to the account. Because he is incarcerated, there was no way to give Mr. Sandlin access to the account.

4. Mr. Sandlin's father reports that there is $7888.00 in the account as of December 12, 2022. The remainder of the money that was received has been used for Mr. Sandlin's benefit or as Mr. Sandlin has directed. Mr. Sandlin's father has not used the money to benefit himself in any way. Mr. Sandlin's father reports that approximately $9800 has been put on Mr. Sandlin's accounts at the correctional facilities he has been incarcerated at (CTF and Northern Neck Regional Jail) with money orders/cashier's checks and electronic payments made through third-party services that are affiliated with those facilities (Offender Connect, Securus, etc.). Mr. Sandlin has used the money on his accounts for his commissary and canteen, for making phone calls, and for using the tablets that are made available to inmates so they can send and receive messages, chat with people, and stream approved movies and tv shows. It should be noted that the tablets have been very important in providing inmates some relief from the extreme boredom and isolation that has resulted from being incarcerated during the pandemic. Mr. Sandlin's father reports that, on average, for the 15 months that the GiveSendGo account has been active, Mr. Sandlin has used the money for the above-referenced expenses at a rate of $22/day. In addition to these expenses, Mr. Sandlin's father indicates that, per Mr. Sandlin's directions, he has sent a small amount of the money in the GiveSendGo account to other inmates' jail accounts. Also, he has used some of the money to retrieve Mr.

Sandlin's truck and cargo trailer (Mr. Sandlin was arrested in Las Vegas, but at the time he was living with his parents in Tennessee) and to send books to Mr. Sandlin.

5.  While acknowledging that he has $7888.00 in the GiveSendGo account that he can access with the help of his father, Mr. Sandlin requests that, when deciding what fine to give him, the Court consider that he money in the GiveSendGo account is the only real asset that he has at this point.  He was just given a 63-month sentence, and though he has approximately 22 months of time served in, he still has a significant amount of prison time to do.  Also, he will need some money to help himself get re-established when he gets released from prison, and allowing him to have some money will foster his reintegration into society.

WHEREFORE the defendant, Ronald Sandlin, provides the above information regarding his ability to pay a fine.

Respectfully submitted,

\_\_\_\_/s/_____
Jerry Ray Smith, Jr.
D.C. Bar No. 448699
Counsel for Matthew Bledsoe
717 D Street, N.W.
Suite 310
Washington, DC 20004
E-mail: jerryraysmith@verizon.net
Phone: (202) 347-6101