# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| v. | : | Case No.: 21-CR-88 (DLF) |
| | : | |
| **RONALD SANDLIN** | : | |
| | : | |
| Defendant. | : | |

## NOTICE OF ATTORNEY APPEARANCE

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, informs the Court that the above-captioned matter has been reassigned to Assistant United States Attorney Tighe Beach, who may be contacted by telephone at (240) 278-4348 or by email at tighe.beach@usdoj.gov. This is notice of his appearance in this matter on behalf of the United States. Mr. Beach will replace AUSA Jessica Arco, who is withdrawing from the case.

Respectfully submitted,

MATTHEW M. GRAVES
United States Attorney
DC Bar No. 481052

By:  /s/ *Tighe Beach*
TIGHE BEACH
Assistant United States Attorney
601 D Street NW
Washington, D.C. 20001
(240) 278-4348
Tighe.beach@usdoj.gov
CO Bar No. 55328