UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| | : |
| v. | : CASE NO. 21-CR-88 (DLF) |
| | : |
| RONALD SANDLIN, | : |
| | : |
| Defendant. | : |

## JOINT STATUS REPORT

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, and defendant Ronald Sandlin, by and through his attorney, Jerry Ray Smith Jr., now file this status report in response to the Court's Minute Order on July 5, 2024. The Court ordered the parties to propose a schedule for further proceedings.

The parties respectfully request an additional 14 days to determine what, if any, further proceedings are necessary.

Respectfully submitted,

MATTHEW M. GRAVES
UNITED STATES ATTORNEY
D.C. Bar No. 481052

BY:   /s Tighe R. Beach
TIGHE R. BEACH
CO Bar No. 55328
Assistant United States Attorney
District of Columbia
601 D St. NW, Room 6.3104
Washington, DC 20530
(240) 278-4348
Tighe.beach@usdoj.gov