UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA )( | |
| )( | Criminal No. 21-88 (DLF) |
| v.           )( | Judge Friedrich |
| )( | |
| RONALD SANDLIN      )( | |

### RESPONSE TO COURT'S ORDER

COMES NOW the defendant, Ronald Sandlin, by and through undersigned counsel, and respectfully responds to the Court's order directing the parties to file a joint status report proposing a schedule for further proceedings in light of the Supreme Court's recent decision in Fischer v. United States, No. 23-5572 (June 28, 2024).  In regards to this notice, Mr. Sandlin would show:

1.	On September 30, 2022, pursuant to an agreement that he had reached with the government, Ronald Sandlin pled guilty in this case to one count of Conspiracy to Obstruct an Official Proceeding under 18 U.S.C. § 1512(k) and one count of Assaulting, Resisting, or Impeding Certain Officers under 18 U.S.C. § 111(a).  The conduct underlying these charges is related to the events that occurred at the United States Capitol on January 6, 2021.

2.	On June 28, 2024, the United States Supreme Court came down with its decision in Fischer v. United States, No. 23-5572 (June 28, 2024).  As is widely known, Fischer makes clear that 18 U.S.C. § 1512(c), the provision defining the offense of Obstruction of an Official Proceeding, does not apply to all conduct obstructing official proceedings as a general matter but rather just to that conduct that obstructs such proceedings through evidence tampering or similar actions.

3.	The Court has directed the parties to file a Joint Status Report proposing a schedule for further proceedings in this case in light of the Supreme Court's decision in Fischer.[1]  In connection with the Court's order, undersigned counsel and Assistant United States Attorney Tighe R. Beach have consulted.  It is undersigned counsel's understanding that, because Mr. Sandlin has pled guilty and been sentenced, the government's position is that no further proceedings are needed in this case, notwithstanding Fischer, unless Mr. Sandlin files a challenge to his convictions and/or his plea based on Fischer and the Court then decides to schedule a hearing on such a challenge.  Mr. Sandlin does not disagree with this position.

4.	At this point, Mr. Sandlin is not sure that he wants to file a motion challenging his convictions and/or his plea based on Fischer.  He is still considering whether he wants to pursue such a course of action and needs more time to consult with undersigned counsel.   Mr. Sandlin expects to make a decision in the next two weeks.

Respectfully submitted,

_____/s/_____
Jerry Ray Smith, Jr.
D.C. Bar No. 448699
Counsel for Ronald Sandlin
717 D Street, N.W.
Suite 310
Washington, DC 20004
E-mail: jerryraysmith@verizon.net
Phone: (202) 641-4211

---

[1] The Court had directed the parties to file the joint status report by September 2, 2024.  Undersigned counsel overlooked this deadline, and it appears that the government did, too.