UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA )( | |
| )( | Criminal No. 21-88 (DLF) |
| v. )( | Judge Friedrich |
| )( | |
| RONALD SANDLIN )( | |

NOTICE OF WITHDRAWAL
OF MOTION TO WITHDRAW GUILTY PLEA

COMES NOW the defendant, Ronald Sandlin, by and through undersigned counsel, and respectfully notifies this Honorable Court and the government that he is withdrawing the motion to withdraw his guilty plea that he recently filed in this case. In regards to this notice, Mr. Sandlin would show:

1.  On September 27, 2024, Mr. Sandlin filed a Motion to Withdraw Guilty Plea and Points and Authority in Support thereof (ECF No. 132) (Motion to Withdraw Guilty Plea). In this motion, Mr. Sandlin sought to withdraw the guilty plea he entered in this case on September 30, 2022.

2.  Upon consideration, Mr. Sandlin has decided that he no longer wishes to pursue his Motion to Withdraw Guilty Plea.

2

WHEREFORE, the defendant, Ronald Sandlin, notifies the Court and the government that he is withdrawing the motion to withdraw his guilty plea that he recently filed in this case.

Respectfully submitted,

\_\_\_\_\_/s/_____
Jerry Ray Smith, Jr.
D.C. Bar No. 448699
Counsel for Ronald Sandlin
717 D Street, N.W.
Suite 310
Washington, DC 20004
E-mail: jerryraysmith@verizon.net
Phone: (202) 641-4211